Joshua Adam Schulte, *pro se*

April 29, 2022

**BY HAND**

Judge Eric R. Komitee
United States District Judge
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *Schulte v. Warden, MDC*, 22 Civ. 766 (EK)

Dear Judge Komitee:

On April 6, 2022, at approximately 11:45 AM, I delivered my Reply in support of my petition for writ of habeas corpus to MDC Unit Team to be mailed. As of today, April 29, 2022, the Court has yet to receive this Reply. The audio/video recording in Unit K-84 will easily confirm this mail delivery. I believe the MDC trashed the Reply to obstruct and thwart my petition. MDC Unit Team have trashed my last 50 BP-8s, and have outright refused to provide me BP-9s or any other administrative remedy forms. MDC began retaliating against me immediately after I filed my petition, and especially when I notified the district judge presiding over my criminal case of fraudulent affidavits signed by MDC employees. See, e.g., United States v. Schulte, 17 Cr. 548 (JMF) (S.D.N.Y.) at Dkt. 738. See also Dkt. 752 at 6 ("MDC reprisal and Unit Manager Bullock"). MDC also began leaving me in the 5x5 law library without access to food, water, or a toilet for 8+ hours, forcing me to urinate on the floor. Dkt. 759.

In any case, we seem to have reached an impasse. I filed my Reply on April 6, 2022. The MDC failed to mail the document, and so the Court never received it. I can print a copy of the Reply, but I cannot attempt to re-mail it because (i) if the MDC trashes it again then this is completely pointless and (ii) the MDC no longer allows me to purchase stamps so I cannot even attempt to re-mail.

Respectfully submitted,

Joshua Adam Schulte