

Joshua Adam Schulte, *pro se*

May 5, 2022

**BY HAND**

Judge Eric R. Komitee
United States District Judge
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201



RE: *Schulte v. Warden, MDC*, 22 Civ. 766 (EK)

Dear Judge Komitee:

The MDC recently permitted me stamps again. However, they continue to deny any knowledge of my initial Reply delivered to Unit Team on April 6, 2022 at 11:45 A.M. Thus, I seem to have no choice except to re-print my entire submission and provide it once again to Unit Team. I intend to hand this re-submission to Unit Team Counselor Espinosa, just as I did a month ago, today, May 5, 2022. We will see whether or not the MDC interferes again to obstruct my Constitutional right to access the courts.

Respectfully submitted,

Joshua Adam Schulte