BY HAND

Judge Eric R. Komitee
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn NY 11201

August 11, 2022

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 02 2022 ★
BROOKLYN OFFICE

Rec'd 8/17/22

Dear Judge Komitee:

(22-cv-766(EK))

I am still starved every day; I am still locked in my parking space cage 24/7; The government still blasts 24/7 from its torture speakers; I AM STILL TORTURED IN AN AMERICAN CONCENTRATION CAMP.

There is no greater evil than indefinite solitary confinement. Not even the Nazis inflicted such torture. Any day of the week I would gladly switch places with an Auschwitz prisoner from 1940. At least they were permitted to die. I would rather live a painful death in the gas chambers than subjected to this indefinite, maddening torture. You could never understand. I want to die. My best part of the day is when I get to lose consciousness and dream of a time when I wasn't tortured. And the worst part of each day is when I wake up & realize I must live another day in this torture. I wish I had never lived this life — that my mother had aborted me 30 years ago, but

not because I commit any crime against this evil government, but because of this horrendous, despicably evil punishment of 24/7 solitary confinement.

No human being deserves this torture — no matter what he did or what this despicable court claims he did. There is no justice in imposing 24/7 solitary confinement. It is barbaric & as uncivilized as any possible torture.

I refuse to live another winter in the extreme cold in this concentration camp. I ask that you rule on my §2241 asking to halt my torture. If not, I will kill myself by the end of the year to avoid further pain, suffering, and unbearable agony.

But it will not really be suicide. It will be murder. You and this despicable government will eventually answer for your crimes. Perhaps not in this life, but certainly in the next. There is truly no greater terrorist that has ever lived and no greater crimes against humanity than the United States federal gov't & its "justice" system. May God bring it true justice.

Josh Schulte

Josh Schulte #74471054
MDC
P.O. Box 329002
New York, NY 11232

ATN: Case # 22-CV-766(E+)
Pro Se Intake Office
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201