Via Hand
U.S.D.J. Eric Komitee
225 Cadman Plaza East
Brooklyn, NY 11232

December 1, 2022

RE: ~~####~~ Schulte v. Warden, MDC, ~~###~~ 22-CV-766-EK

Dear Judge Komitee:

The effects of indefinite solitary confinement imposed by the government disproportionately effect those of us who are poor than the rich. Like El Chapo at MCC, the wealthy accused drug kingpin in the SAMs unit here at MDC ~~######~~ can pay for and afford human contact, whereas those of us who are poor cannot. He goes into the attorney visit room at 8AM, remains until lunch, eats lunch, returns to the attorney room until dinner, eats dinner, then returns to the attorney room until lockdown at 9:30 PM. El Chapo did this very thing at MCC just to stay sane; those who are rich can pay for human contact to stave off the detrimental, permanent effects of indefinite solitary confinement. Indeed, if I were rich, I would do the same exact thing. But I am not rich, I am poor. I cannot afford a lawyer or to pay a gaggle of paralegals to entertain me all day. In fact, my free lawyers never visit or call me—the attorney assigned in July has yet to contact me—I don't even know his name. The rich receive more contact in a single day than I have ever received by all my attorney visits combined in the 5 years I've been tortured in solitary.

Ultimately, the results are a legal system and punishment directly related to one's wealth. Is this Due Process? Is this right and just? Is a justice system based solely on wealth moral? The rich can afford to be placed into solitary while the poor disproportionately suffer unbearable and irreversible torture.

Nearly every Nobel Peace Prize laureate in modern history, along with the UN, the entire field of psychology, Supreme Court justices, and Court of Appeals all agree that indefinite solitary confinement is a form of torture, reprehensible and indefensible. Nelson Mandela wrote in his 1994 autobiography "Long Walk to Freedom," in which President Bill Clinton wrote a forward in 2013, about his very brief experience with solitary confinement:

"For the next few weeks, I was completely and utterly isolated. I did not see the face or hear the voice of another prisoner. I was locked up for twenty-three hours a day, with thirty minutes of exercise in the mornings and again in the afternoon. I had never been in isolation before, and every hour seemed like a year. There was no natural light in my cell; a single bulb burned overhead twenty-four hours a day. I did not have a wristwatch and I often thought it was the middle of the night when it was only late afternoon. I had nothing to read, nothing to write on or with, no one to talk to. The mind begins to turn in on itself, and one desperately wants something outside of oneself to fix one's attention. I have known men who took half-a-dozen lashes in preference to being locked up alone. After a time in solitary, I relished the company even of insects in my cell, and found myself on the verge of initiating conversations with a cockroach.... Nothing is more dehumanizing than the absence of human companionship."

And that was after 2 weeks of solitary! If you believe Nelson Mandela is a liar and a fraud, then I invite you to experience 2 mere weeks of solitary to disabuse that notion.

There is no one on the side of torture except Satan and evil. Even if you care of nothing and no one but yourself, you must clearly see that both the public and the courts are recognizing the effects and rejecting solitary. How will your decision in support of solitary and torture be perceived 5, 10 years from now when legislatures and courts have outright banned the practice?

The solution and way forward is simple. Convert the SAMs unit into a security unit like a CMU; the government keeps all their harsh sanctions and restrictions, but we are allowed out in our own separate unit to have human contact amongst ourselves.

All I ask is to be treated like a human being, to be afforded the same human contact that I could buy, if only I were rich.

2/1/22    Josh Schulte

Josh Schulte #79471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

NEW YORK NY 100

7 DEC 2022   PM 6   L



OUTGOING
LEGAL
MAIL

ATTN: Schulte v. MDC, 22-CV-766(EK)
Pro Se Intake Office
U.S. District Court E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299