Judge Eric R. Komitee
U.S.D.J
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY

RECEIVED IN PRO SE OFFICE
APR 10 2023

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 10 2023 ★
BROOKLYN OFFICE

RE 22-CV-766-EK   Schulte v. Warden MDC
AND
22-CV-05841-EK   Schulte v. United States

Dear Judge Komitee:

The MDC has taken additional action against me — I am no longer permitted pens and cannot buy them in commissary. I am no longer permitted paper and cannot buy any in commissary. And I am now restricted to 1 stamp purchase per month. This is it in retaliation for my multiple civil suits and repeated attempts at administrative remedies (which I can no longer even try to file without a pen). This warden at MDC has lost his mind and has a Adolf Hitler complex and absolutely destroys any and all attempts to seek legitimate redress. He refuses to even speak to me now.

This is likely to be the last letter the court ever sees from me. I BEG you to reign in this warden, and to grant my 28 USC §2241 petition filed over a year ago. <u>If the states tried to do what MDC is now doing to me, the federal courts would step in & smack the state government back to reality.</u> But for whatever reason, the federal courts give pause when it's the federal prisons raping the Constitution. Your allegiance should be to the Constitution <u>alone</u>. Please stand up against tyranny & oppression. Please help me. Please grant the attached motions for injunctions, and ultimately the 28 USC §2241 petition itself.

Thanks,
Josh Schulte

P.S. Just to make sure there is no misunderstanding, the warden has not instituted these restrictions prison-wide. It is only the SAMs unit — hence a violation of the Due Process clause because these restrictions are not only arbitrary with no penological interest, but are unjustly and arbitrarily applied to a subset of the prison population.

3/24/23

— Schulte v. Warden, MDC — 22-CV-766-EK — March 24, 2023
# MOTION FOR EMERGENCY INJUNCTION

Mr. Schulte filed the pending 28 U.S.C. § 2241 petition in January 2022 seeking relief from torture and other conditions of confinement imposed arbitrarily in violation of the Due Process Clause of the 5th Amendment as well as other Constitutional provisions. One form of arbitrary punishment included in the petition was the arbitrary restriction of commissary. Beginning in March 2023 the MDC decided to fully ban commissary from SAMs inmates including banning pens, paper, and limiting stamp purchases to one per month. The Warden of MDC imposed these arbitrary restrictions in retaliation against Mr. Schulte's repeated requests and arguments for normalizing SAMs commissary among countless other issues. Mr. Schulte filed administrative remedies (BP-9s), but the MDC has refused to answer his BP-9s for over a year and blocks Mr. Schulte from engaging in the administrative remedy process.

Regardless the bans of pens, paper, and stamps renders access to the Courts unavailable in violation of Supreme Court precedent. It also violates the Due Process Clause because the impositions of these restrictions are targeted at SAMs inmates and are arbitrary — there is no legitimate penological interest in imposing these restrictions nor in treating SAMs inmates differently from general population. Finally, these commissary bans violate federal regulations as 28 CFR 541.31(h)(1) requires those in administrative segregation with "reasonable access to the commissary."

Accordingly, the Court should grant this emergency injunction requiring the MDC to normalize SAMs commissary so it is equal to that of general population, and allow Mr. Schulte to be shipped pens, paper, and stamps forthwith so he can engage meaningfully with the courts and enjoy the same access as general population and other inmates at MDC consistent with the Due Process Clause.

3/24/23  Josh Schulte

NEW YORK NY 100

7 APR 2023 PM 10 L



ATTN: 22-CV-766-EK
AND
22-CV-0534-EK

Pro Se Intake Office
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

11301181692 0030



Jose Schite #74421054
MDC
P.O. Box 329002
Brooklyn, NY 11232