Judge Komitee  
U.S.D.J.  
EDNY  
225 Cadman Plaza East  
Brooklyn, NY 11201

May 3, 2023

22-CV-766-EK

RE: Schulte v. Warden, MDC

RECEIVED IN PRO SE OFFICE
MAY 12 2023

Dear Judge Komitee:

I received your 4/26/23 order today. I urge the Court NOT to transfer the case to SDNY — there is no reason to do so. But, more importantly, it should have been done over a year ago if you were to do it — It's been fully briefed and before you for over a year. It's time to enter a ruling. Delaying and misdirection is not fair to me. For this past year while I've been awaiting your ruling, I've been tortured in a concentration camp; while you've been enjoying your life, I've been tortured like no other person in the western hemisphere — 24/7 speakers blasting in my torture cage, 24/7 bright lights & sleep deprivation, 24/7 freezing cold with no heat in the winter, 24/7 starvation through missed meals and sub-caloric intake......

*It won't be any easier for another judge, only transferring the burden to another.*

This is not rocket science. Is torture consistent with the United States Constitution or not? You have an oath to uphold — Dithering and delaying and shirking your duties is neither honorable nor Constitutional. You have had an entire year to review the merits. Please enter a ruling. Please do not transfer and reset it.

It's critical to review the history of this relief I've sought. Since 2018 — for the past 5 years I have sought relief from torture — and EVERY. SINGLE. JUDGE. HAS. SHIRKED. HIS. DUTIES. I would not have this issue if I were rich and could afford an attorney — but since I'm a poor slave tortured in an American concentration camp, I

have no rights, no constitution, no advocates, and no judge willing to step up.

My first civil suit was Schulte v. Attorney General of the United et al., 19-CV-3346 (PAC). Judge Crotty administratively closed my 28 U.S.C. §2241 petition on August 14, 2019. Dkt. 11

Next, I tried again. See Schulte v. Barr, 20-CV-9244 (JPO). Judge Oetken dismissed the 2241 petition, directing me to file it in my criminal case instead. Dkt. 5.

So, I filed my petition in my criminal case. See U.S. v. Schulte, 17-cr-548 (JMF). Dkt. 447. The government argued that I could not file it in my criminal case, and must seek 2241 relief in a separate civil case — notwithstanding Judge Oetken's decision. The court agreed and dismissed my petition. [No judge wants to entertain this petition.]

Finally I was transferred to the EDNY and immediately filed for relief in the New Year 2022. And now you want to delay, and essentially deny me access to the courts, just like the other courts.

No court has ever considered the merits of my petition. I understand that federal judges are former federal prosecutors and want to continue to help the government as much as possible, and that courts don't want to honor the law, constitution, or rights of those incarcerated......

But I beg you to break this chain of dishonorable "judges". I beg you to search your conscience and do the morally right, and your legally required job to uphold and honor the Constitution.
PLEASE DO NOT DELAY AND "TRANSFER" THIS PETITION.
PLEASE UPHOLD THE CONSTITUTION AND ENTER A RULING!

Josh Schulte 5/3/2.

There are 2 justice systems in America: one for the rich — with justice; and one for the poor — without justice.

Josh Schulte #74471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

23-7947054-0508-LDC

ATTN: Schulte v. U.S., 22-CV-5841-ELLRML
Pro Se Intake Office
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201