U.S.D.J. Eric Komitee
EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

RECEIVED IN PRO SE OFFICE
JUN 22 2023

RE: Schulte v. Warden, MDC, 22-CV-766-EK

Dear Judge Komitee:

I've waited patiently for a ruling regarding my torture at a concentration camp for over 18 months.

This petition is properly before this Court pursuant to 28 USC § 2241, and the government previously argued it must be made in the EDNY when I tried to raise it in the SDNY. Judicial Estoppel now bars the government from making the opposite argument when it already won claiming the petition must be made in the EDNY. See docket in U.S. v. Schulte, 17 CR 548 (JMF) SDNY. This petition was only filed in this Court because Judge Furman ruled it must be raised in EDNY.

If I were represented by counsel, this Court would not have simply trashed this complaint; thus the Court is punishing me for being too poor to hire counsel.

I am giving the Court ~2 weeks to stop ignoring my case and enter a ruling before I file a petition for writ of Mandamus with the Second Circuit. There is precedent to do so when a judge abandons his duty and simply ignores a case — particularly a habeas pretrial case with such egregious torture as starvation, blasting sounds through speakers 24/7, etc. This is something the Nazis would do — and yet it's been sitting before a federal judge for 18 months? Committing torture which the Nazis endorse is clearly wrong. Please stop ignoring my case and do your job.

Mandamus petition will be filed 6/26/23 if this Court fails to act

6/5/23

Josh Schulte, pro se

Josh Schulte #79471054
MDC
P.O. Box 329002
Brooklyn NY 11232



ATTN: Schulte v. Warden MDC, 22-CV-766 EK
Pro Se Intake Office
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

23-79471-054-0607-M@1

11201-183299