RECEIVED IN PRO SE OFFICE
AUG 04 2023

Clerk of Court,

I have filed several civil complaints in this district over the last month or so, but have not received any notification that the complaints were successfully filed, their docket numbers, presiding judges, or any other information. I ask the clerk to send me the dockets of all my pending cases in this district, including inter alia Schulte v. Warden, MDC, 22-CV-766-EK, Schulte v. United States, 22-CV-5841-EK, etc etc. There should be several.

Finally, I have sent at least 5 letters to the clerks office requesting my sealed Rule 41(g) motion from 22-CV-5841, Dkt 11. I am an incarcerated inmate granted IFP status with no ability to otherwise obtain this document; this is my sixth and final request for the document — if I do not receive it, I will have no choice but to file a civil suit against the clerk's office just to obtain my own filed motion (that I could not have made any copies of). Please comply.

Plaintiff in my civil suits: Josh Schulte / Joshua Schulte
74471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

Thanks, Josh Schulte

7/25/23

Josh Schulte #74
MDC
P.O. Box 329002
Brooklyn, NY 11232

ATTN: Clerk of Court
Pro Se Offices
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

