

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 22, 2023

**By ECF**
The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Joshua Adam Schulte v. Warden of Metro. Detention Ctr.*, Civ. No. 22-cv-766 (Komitee, J.)

Dear Judge Komitee:

  This Office represents Respondent Warden of the Metropolitan Detention Center ("MDC") in the above-referenced action in which Petitioner Joshua Adam Schulte, who is currently incarcerated at MDC, has filed a habeas corpus petition ("Petition") pursuant to 28 U.S.C. § 2241. ECF No. 1. Respondent respectfully writes, in response to the Court's Order dated August 18, 2023, to "advise . . . if it anticipates any need for sealing the courtroom or record or any other steps pertaining to the need to introduce classified information" in advance of the in-person conference scheduled for August 24, 2023 at 10:00 a.m. *See* Aug. 18, 2023 Minute Entry.

  This Office is cognizant of the charges pending against Petitioner in the U.S. District Court for the Southern District of New York (as well as the charges on which Petitioner has already been convicted). Nevertheless, considering the subject matter of the Petition, which concerns Petitioner's conditions of confinements, Respondent does not anticipate any need for sealing the courtroom or record at this time, nor does it anticipate the need for any other steps pertaining to the need to introduce classified information.

[This space intentionally left blank.]

Respondent thanks the Court for its consideration of this matter.

             Respectfully submitted,

             BREON PEACE
             United States Attorney

By: /s/ *David A. Cooper*
   DAVID A. COOPER
   Assistant U.S. Attorney
   (718) 254-6228
   david.cooper4@usdoj.gov

cc: **By Certified Mail**
   Joshua Adam Schulte
   Metropolitan Detention Center
   PO Box 329002
   Brooklyn, NY 11232
   Pro se *Plaintiff*