UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JOSHUA ADAM SCHULTE,

                                  Petitioner,          **DECLARATION OF**
                                                       **NATHANIEL**
        - against -                                    **BULLOCK**

WARDEN OF METROPOLITAN DETENTION                       Civil Action
CENTER (MDC),                                          No. 22-cv-766 (EK)

                                  Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        Pursuant to 28 U.S.C. § 1746, I, NATHANIEL BULLOCK, hereby declare as follows:

        1.      I am currently employed by the Federal Bureau of Prisons ("BOP"), a component

of the U.S. Department of Justice ("DOJ"), as a Unit Manager at the Metropolitan Detention

Center, Brooklyn ("MDC Brooklyn"). I have been assigned to the Special Administrative

Measures ("SAMs") Unit since the fall of 2021, when the SAMs Unit first opened. Before that, I

had been a Unit Manager at Metropolitan Correctional Center, New York ("MCC New York")

since May 2013. In my capacity as SAMs Unit Manager at MDC Brooklyn, I oversee daily

operations of the SAMs Unit. Specifically, I provide oversight to the SAMs Unit team, and am

responsible for the scheduling, planning, development, and implementation of individual programs

tailored to meet the specific needs of inmates in the SAMs Unit according to institutional policy.

        2.      I base this declaration on my personal knowledge as the SAMs Unit Manager, as

well as internal BOP memoranda regarding the SAMs, set and implemented pursuant to

28 C.F.R. § 501.2 for inmates in BOP custody, including Petitioner Joshua Adam Schulte, Register

No. 79471-054.

        3.      I submit this declaration in support of Respondent's status report to the Court.

4.      The SAMs Unit of MDC Brooklyn, also known as K-84, houses inmates that pose an unusually high risk to institutional security. For background, inmates in K-84 can have SAMs imposed under one of two regulations, 28 C.F.R. § 501.2 or 28 C.F.R. § 501.3.

5.      Section 501.2 addresses the implementation of SAMs in national security cases. In these cases, a head of a member agency of the U.S. intelligence community has certified in writing to the Attorney General that SAMs are reasonably necessary to prevent the unauthorized disclosure of classified information that would pose a threat to national security, and that there is a danger that the subject inmate will disclose such information.

6.      Section 501.3 addresses the implementation of SAMs to prevent violence or acts of domestic terrorism. In these cases, a head of a member agency of the U.S. intelligence community has certified in writing to the Attorney General that SAMs are reasonably necessary to prevent communications that could result in death or serious injury to persons, or substantial damage to property that would entail the risk of death or serious bodily injury to persons.

7.      Given the nature of the harm to be prevented under either Section 501.2 or Section 501.3, additional security measures must be taken to prevent SAMs Unit inmates from communicating with each other. These additional security measures naturally place more restrictions on inmates housed in K-84 than one would find in other parts of MDC Brooklyn.

8.      Petitioner is housed in the SAMs Unit pursuant to Section 501.2. He resides in a cell in the SAMs Unit that has (among other things) a bed, a desk, a sink, a toilet, and a shower. There is an overhead light panel in the cell that allows for artificial lighting, and the cell also has a frosted glass window that allows in natural light. Although SAMs inmates rotate cells for security reasons every twenty-one days, the general set-up of each cell is roughly the same.

9.      Concerning Petitioner's complaint about lighting, there is a light panel affixed to the ceiling of each SAMs Unit cell. This light panel contains a light bulb, as well as a smaller emergency light. The light bulb is turned on from 8:00 a.m. to 9:30 p.m., and is turned off between 9:30 p.m. and 8:00 a.m. Once the light bulb is turned off, the emergency light remains on inside the light panel. This emergency light allows for video monitoring in the cell. The emergency light is also in place to balance the inmate's need for rest with BOP's legitimate security concerns. Correctional staff must make nightly rounds at regular intervals to check on the safety and welfare of SAMs Unit inmates. Because the smaller emergency light is kept on throughout the night, correctional staff do not need to turn on the much brighter light bulb during nightly rounds while the inmates are sleeping.

10.     During these nightly rounds, which occur approximately every half hour, the officer on duty opens a small flap on the door of an inmate's cell to observe that the inmate is present in his cell, and that the inmate is moving. This is a necessary security measure designed to ensure that the inmate is in his designated location, and that the inmate is not in need of immediate medical attention.

11.     Rubber padding is in place to create a sound-dampening effect. The rubber padding on the cell that Petitioner is currently assigned to has just had its rubber padding replaced to ensure that regular wear-and-tear is not interfering with the intended sound-dampening effect. I have checked and the rubber padding creates a sound-dampening effect.

12.     I am also aware of Petitioner's complaint that he is bothered by noises emanating from speakers. The sounds that Petitioner refers to are white noise coming from the speakers, very similar to the static noise one would hear from an older television model when there is nothing being shown on the channel. The white noise is a required security measure meant to prevent

inmates in the SAMs Unit from communicating with one another, as required by their respective

SAMs.

13.     I am also inquiring with the necessary institutional personnel as to whether the

SAMs Unit can distribute ear plugs to further reduce any sounds that the SAMs inmates may hear

during the night, and I will continue those efforts.

14.     Petitioner has also complained that he is not receiving three regular meals a day.

This allegation is simply not true. All inmates in the SAMs Unit are offered three meals a day, and

the portions offered are no different from the meals served to the general population at MDC

Brooklyn. Each SAMs inmate is also offered the same menu options as those available to inmates

in general population.

15.     The menu options available to MDC Brooklyn inmates, including SAMs inmates,

are contained in BOP's National High Rise Menu ("Menu"). I have attached as Exhibit A the Menu

for fiscal year 2023.  This Menu contains a listing of available food options for breakfast, lunch,

and dinner, and is organized by day and week.

16.     Feeding times in the SAMs Unit may vary slightly from day to day based on staffing

needs or emergent situations in MDC Brooklyn on any given day. However, breakfast is typically

served between 6:30 a.m. and 7:30 a.m., lunch is typically served between 11:30 a.m. and noon,

and dinner is typically served between 4:00 p.m. and 6:30 p.m. On days where SAMs inmates,

including Petitioner, are out of the SAMs Unit because of a court appearance, the SAMs Unit will

hold the meal until the inmate returns to the SAMs Unit. If the food being held for the SAMs

inmate is hot food, the food is stored in a hot box until the inmate is ready to eat.

17.     I am aware that Petitioner has mentioned that he has received "wrong" food options

in the past, which is to say that the food option presented is not the food option that the Petitioner

requested. In my experience, this has been a very rare occurrence. And in any event, Petitioner can notify whoever presented the food that the option is not the requested one, and the requested one can be brought to him.

18.     I am also aware that Petitioner has complained that the serving portions at MCC New York were larger than those offered at MDC Brooklyn. However, MCC New York, when it was operational, served double portions because the serving trays were of a smaller size than those used at MDC Brooklyn. Because MDC Brooklyn uses larger serving trays than those used at MCC New York, MDC Brooklyn serves one tray rather than the two smaller trays used at MCC New York.

19.     As I am one of the SAMs Unit personnel who regularly delivers food to Petitioner, I can personally attest to the fact that Petitioner is offered breakfast, lunch, and dinner every day that he is present in the SAMs Unit. In fact, there have been multiple occasions where Petitioner has been offered an extra portion of food that was meant for another SAMs Unit inmate because the other inmate declined to eat that portion. I would estimate that Petitioner receives these extra portions one to two times a week.

20.     K-84 inmates also have access to a commissary list (the "K-84 Commissary List"). The K-84 Commissary List supplements the Menu with additional food and snack options for purchase. Those options include cereal, mixed nuts, chips, granola or nutrition bars, crackers, turkey and cheese snack sticks, and mackerel or tuna pouches. I have attached as Exhibit B a copy of the K-84 Commissary List, which is the commissary list that is currently in effect for the SAMs Unit.

21.     There are hygienic products available on the K-84 Commissary List. However, even apart from the K-84 Commissary List, the SAMs Unit has hygienic products available at no

cost to inmates within the unit, including soap, toothbrushes, toothpaste, and deodorant. These hygienic products are made available to inmates within K-84 upon request.

22.     The K-84 Commissary List is less comprehensive than certain other commissary lists, most notably the general population list, in part to account for the added security measures in place for SAMs Unit inmates. The K-84 Commissary List is periodically revised to hew to the commissary list available to SAMs inmates housed at the U.S. Penitentiary, Administrative Maximum Facility in Florence, Colorado ("USP Florence ADMAX"). As you may be aware, USP Florence ADMAX houses inmates which pose the greatest threats to institutional security in the BOP system, so the USP Florence ADMAX commissary options can provide guidance as to what would be appropriate for SAMs Unit inmates at MDC Brooklyn.

23.     While housed in K-84, Petitioner has avenues for mental stimulation. For example, he is allowed to receive books and magazines from distributors approved by BOP, once they are cleared by the Federal Bureau of Investigation ("FBI"). Petitioner is allotted seven books in his cell at any given time, and once he is done with a book or magazine, it can be returned to SAMs Unit personnel to be traded for another book or magazine. If Petitioner would like, for example, a puzzle book for mental stimulation, he can obtain one from the outside and, subject to FBI clearance, it would be included in his seven-book allowance.

24.     Petitioner has access to the recreation area designated for SAMs Unit inmate use, which includes a television, an exercise bike, and an elliptical machine. Also, separate from the K-84 Commissary List, Petitioner has access to a typewriter, unlimited paper, and a pen. SAMs Units inmates also have access to a law library, which includes (among other things) BOP Program Statements.

25.     I have also reached out to MDC Brooklyn's Psychology Services Department so that they can provide Petitioner with additional mental stimulation, such as puzzles. In the past, the Psychology Services Department has delivered puzzles to other inmates at MDC Brooklyn and can also provide other activities for mental stimulation.

26.     I am aware that Petitioner has raised complaints regarding the availability of forms related to the BOP's Administrative Remedy Program ("ARP"). SAMs Unit personnel, including myself, have made BP-8, BP-9, BP-10, and BP-11 forms available to inmates within K-84, including Petitioner, upon request. SAMs Unit personnel are available Monday through Friday, excluding holidays, to handle these requests. Once a SAMs inmate completes a form, SAMs Unit personnel handle delivery of the form to the appropriate entity in the ARP. For example, in the past week, Petitioner has provided me with two BP-10 forms which I mailed out to BOP's Northeast Regional Office.

27.     I have also heard that Petitioner has complained about delays in receiving legal mail. While I cannot speak to the time it may take for mail sent from outside MDC Brooklyn to reach the facility, I can say that once mail addressed to Petitioner arrives in MDC Brooklyn's mail room, it must be routed to the FBI for clearance. Once FBI finishes the clearance process, the mail can be delivered to Petitioner. The length of the FBI clearance process can vary based on the contents of the mail.

28.     This FBI clearance process is a direct consequence of the SAMs imposed to prevent Petitioner from disclosing classified information without authorization. Neither I, nor anyone else at MDC Brooklyn, has the authority to alter the terms of Petitioner's SAMs. Any changes to the terms of Petitioner's (or any other SAMs Unit inmate's) SAMs must come from outside of BOP.

Dated:  Brooklyn, New York
        September 1, 2023

By:     NATHANIEL BULLOCK
        Unit Manager
        Special Administrative Measures Unit / K-84
        MDC Brooklyn
        Federal Bureau of Prisons

EXHIBIT A

# Federal Bureau of Prisons - National High Rise Menu FY 2023

## Week 1

### Breakfast

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit |
| ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal |
| Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake |
| ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks |
| ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk |
| Coffee | | | | | | Coffee |

### Lunch

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| ♥Scrambled Eggs or | ♥Beef Tacos or | BKD Chicken Patty Sandwich | ♥Hamburger or | ♥Baked Chicken or | BKD Fish Sandwich or | Southwest Chkn Wrap or |
| #Peanut Butter | #Soy Tacos | #or Chicken No Flesh Patty | # Black Bean Burger | #Pinto Beans | ♥Black Beans | ♥ Chicken & Veggies or |
| ♥Oven Brown Potatoes | ♥Black Beans | ♥Steamed Rice | ♥Baked Tater Tots | ♥Steamed Rice | ♥Macaroni Salad | #Southwest Tofu Wrap |
| ♥Biscuits (2) | ♥Whole Kernel Corn | ♥Pinto Beans | Lettuce/Tomato | ♥Green Beans | ♥Green Peas | ♥Cole Slaw |
| and ♥Jelly (2) | ♥Taco Shells (2) | Lettuce/Tomato | Sliced Onions | ♥Whole Wheat Bread | ♥WW Hamburger Bun | ♥Pinto Beans |
| Cream Gravy | Shredded Cheese | ♥WW Hamburger Bun | ♥Catsup and Mustard | ♥Fruit | Tartar Sauce | ♥Fruit |
| ♥Margarine Pat | ♥Salsa | ♥Fruit | ♥WW Hamburger Bun | ♥Beverage | ♥Fruit | ♥Beverage |
| ♥Fruit | ♥Fruit | ♥Beverage | ♥Fruit | | ♥Beverage | |
| ♥Beverage | ♥Beverage | | ♥Beverage | | | |

### Dinner

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| ♥Chili Mac | ♥Salisbury Steak or | ♥Turkey Roast or | ♥Pasta w/ Marinara | Swedish Meatballs or | ♥Chicken Fried Rice or | ♥Pasta w/ |
| #or Soy Chili Mac | #Black Beans | #Navy Beans | Chef Salad or | # Black Bean Burger | #Tofu Fried Rice | ♥Meat Sauce or |
| Shredded Cheese | ♥Mashed Potatoes | ♥Baked Sweet Potato | #Tofu Chef Salad | ♥Steamed Rice | ♥Green Beans | # Soy Spaghetti Sauce |
| ♥Whole Kernel Corn | Brown Gravy | ♥Mixed Vegetables | ♥Beets (Cold) | ♥Kidney Beans | ♥Whole Wheat Bread | ♥Spinach |
| ♥Whole Wheat Bread | ♥Green Beans | ♥Whole Wheat Bread | ♥Ital Dressing Low Cal | ♥Carrots | ♥Beverage | ♥Whole Wheat Bread |
| ♥Margarine Pat | ♥Whole Wheat Bread | ♥Margarine Pat | ♥Whole Wheat Bread | ♥Whole Wheat Bread | | ♥Beverage |
| ♥Beverage | ♥Margarine Pat | ♥Beverage | ♥Beverage | ♥Beverage | | |
| | ♥Beverage | | | | | |

# Indicates No Flesh Entree Item, ♥ Indicates Heart Healthy.

# Federal Bureau of Prisons - National High Rise Menu FY 2023

## Week 2

| Breakfast | | | | | | |
|---|---|---|---|---|---|---|
| **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** |
| ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit |
| ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal |
| Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake |
| ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks |
| ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk |
| Coffee | | | | | | Coffee |

| Lunch | | | | | | |
|---|---|---|---|---|---|---|
| ♥Scrambled Eggs or | ♥Chicken Cheese Steak or | BKD Chicken Patty Sandwich | ♥Hamburger or | ♥Baked Chicken or | BKD Fish Sandwich or | ♥Scrambled Eggs or |
| #Peanut Butter | #Black Beans | #or Chicken No Flesh Patty | # Black Bean Burger | #Navy Beans | ♥Black Beans | #Peanut Butter |
| Pancakes | ♥Italian Pasta Salad | ♥Steamed Rice | ♥Baked Tater Tots | ♥Mashed Potatoes | ♥Italian Pasta Salad | ♥Oven Brown Potatoes |
| W/Syrup or | ♥Carrots | ♥Green Peas | Lettuce/Tomato | ♥Carrots | ♥Green Beans | ♥Whole Wheat Bread |
| ♥Oven Brown Potatoes | ♥WW Hot Dog Bun | Lettuce/Tomato | Sliced Onions | Chicken Gravy | ♥WW Hamburger Bun | and ♥Jelly (2) |
| ♥Margarine Pat | ♥Fruit | ♥WW Hamburger Bun | Catsup and Mustard | ♥Whole Wheat Bread | Tartar Sauce | ♥Margarine Pat |
| ♥Fruit | ♥Beverage | ♥Fruit | ♥WW Hamburger Bun | ♥Margarine Pat | ♥Fruit | ♥Fruit |
| ♥Beverage | | ♥Beverage | ♥Fruit | ♥Fruit | ♥Beverage | ♥Beverage |
| | | | ♥Beverage | ♥Beverage | | |

| Dinner | | | | | | |
|---|---|---|---|---|---|---|
| ♥Turkey Roast or | ♥BBQ Beef or | #Bean Burrito | Steak & Cheese Sub | ♥Chicken Fried Rice or | Lasagna w/Meat or | ♥Chicken Tacos or |
| #Three Bean Salad | #BBQ Tofu | ♥Steamed Rice | #or Black Beans | #Tofu Fried Rice | ♥Tofu Italian Pasta | #Soy Tacos |
| ♥Mashed Potatoes | ♥Baked Sweet Potato | ♥Whole Kernel Corn | ♥Baked Potato | ♥Black Beans | ♥Garden Salad | ♥Cilantro Rice |
| ♥Navy Beans | ♥Black Eyed Peas | ♥Salsa | ♥Green Beans | ♥Carrots | ♥Ital Dressing Low Cal | ♥Pinto Beans |
| Turkey Gravy | ♥Peas & Carrots | ♥Beverage | WW Hot Dog Bun | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Whole Kernel Corn |
| ♥Mixed Vegetables | ♥Whole Wheat Bread | | ♥Margarine Pat | ♥Beverage | ♥Beverage | ♥Taco Shells (2) |
| ♥Whole Wheat Bread | ♥Margarine Pat | | ♥Beverage | | | ♥Salsa |
| ♥Margarine Pat | ♥Beverage | | | | | ♥Beverage |
| ♥Beverage | | | | | | |

# Indicates No Flesh Entree Item, ♥ Indicates Heart Healthy.

# Federal Bureau of Prisons - National High Rise Menu FY 2023

## Week 3

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **Breakfast** | | | | | | | |
| | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit |
| | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal |
| | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake |
| | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks |
| | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk |
| | Coffee | | | | | | Coffee |
| **Lunch** | | | | | | | |
| | ♥Scrambled Eggs or | BKD Chili Cheese Tots or | BKD Chicken Patty Sandwich | ♥Hamburger or | ♥BBQ Chicken or | BKD Fish Sandwich or | ♥Sloppy Joe |
| | #Peanut Butter | ♥#Three Bean Chili w/ | ♥#or Chicken No Flesh Patty | # Black Bean Burger | #Kidney Beans | ♥Black Beans | # or Soy Sloppy Joe |
| | ♥Oven Brown Potatoes | ♥#Baked Potato | ♥Italian Pasta Salad | Sliced Cheese | ♥Potato Salad | ♥Italian Pasta Salad | ♥Oven Brown Potatoes |
| | ♥Biscuits (2) | ♥Green Beans | ♥Green Peas | ♥Baked Tater Tots | ♥Mixed Vegetables | ♥Green Peas | ♥Carrots |
| | and ♥Jelly (2) | ♥Whole Wheat Bread | ♥Lettuce/Tomato | ♥Lettuce/Tomato | ♥Whole Wheat Bread | ♥Coleslaw | ♥WW Hamburger Bun |
| | Cream Gravy | ♥Margarine Pat | Salad Dressing | Sliced Onions | ♥Fruit | ♥WW Hamburger Bun | ♥Fruit |
| | ♥Margarine Pat | ♥Fruit | ♥WW Hamburger Bun | Catsup and Mustard | ♥Beverage | Tartar Sauce | ♥Beverage |
| | ♥Fruit | ♥Beverage | ♥Fruit | WW Hamburger Bun | | ♥Fruit | |
| | ♥Beverage | | ♥Beverage | ♥Fruit | | ♥Beverage | |
| | | | | ♥Beverage | | | |
| **Dinner** | | | | | | | |
| | Swedish Meatballs or | ♥Beef Stew or | ♥#Bean Burrito | ♥Chicken Fried Rice or | Baked Ziti & Beef or | ♥Chicken Fajitas or | ♥Chili Mac |
| | #♥ Black Bean Burger | #Tofu & Rice | ♥Steamed Rice | #Tofu Fried Rice | #Soy Baked Ziti | #Tofu Fajitas | #or No Meat Chili Mac |
| | ♥Egg Noodles | ♥Boiled Potatoes | ♥Whole Kernel Corn | ♥Black Beans | ♥Green Beans | ♥Cilantro Rice | Shredded Cheese |
| | ♥Green Beans | ♥Beets | ♥Salsa | ♥Carrots | ♥Garden Salad | ♥Black Beans | ♥Whole Kernel Corn |
| | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Beverage | ♥Whole Wheat Bread | Ital Dressing Low Cal | ♥Salsa | ♥Whole Wheat Bread |
| | ♥Beverage | ♥Beverage | | ♥Beverage | ♥Whole Wheat Bread | ♥Flour Tortilla (2) | ♥Margarine Pat |
| | | | | | ♥Beverage | ♥Beverage | ♥Beverage |

# Indicates No Flesh Entree Item, ♥ Indicates Heart Healthy.

# Federal Bureau of Prisons - National High Rise Menu FY 2023

Week 4

| Breakfast | | | | | | |
|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit |
| ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal |
| Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake |
| ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks |
| ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk |
| Coffee | | | | | | Coffee |

| Lunch | | | | | | |
|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| ♥Scrambled Eggs or | ♥Pasta | BKD Chicken Patty Sandwich | ♥Hamburger or | ♥Baked Chicken or | BKD Fish Sandwich or | ♥Scrambled Eggs or |
| #Peanut Butter | ♥W/ Marinara Sauce | #or Chicken No Flesh Patty | # Black Bean Burger | #Lentils | ♥Black Beans | #Peanut Butter |
| French Toast (2) | ♥Meatballs or | ♥Steamed Rice | Sliced Cheese | ♥Mashed Potatoes | ♥Italian Pasta Salad | Pancakes |
| W/Syrup or | #Soy Spaghetti Sauce | ♥Pinto Beans | Baked Tater Tots | ♥Carrots | ♥Green Peas | W/Syrup or |
| ♥Oven Brown Potatoes | ♥Garden Salad | ♥Lettuce/Tomato | ♥Lettuce/Tomato | Chicken Gravy | ♥Coleslaw | ♥Oven Brown Potatoes |
| ♥Margarine Pat | ♥Ital Dressing Low Cal | ♥WW Hamburger Bun | ♥Sliced Onions | ♥Whole Wheat Bread | ♥WW Hamburger Bun | ♥Margarine Pat |
| ♥Fruit | ♥Whole Wheat Bread | ♥Fruit | Catsup and Mustard | ♥Margarine Pat | Tartar Sauce | ♥Fruit |
| ♥Beverage | ♥Fruit | ♥Beverage | WW Hamburger Bun | ♥Fruit | ♥Fruit | ♥Beverage |
| | ♥Beverage | | ♥Fruit | ♥Beverage | ♥Beverage | |
| | | | ♥Beverage | | | |

| Dinner | | | | | | |
|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| ♥BBQ Shredded Chicken or | ♥Chicken Fried Rice or | ♥Chili or | ♥#Bean Burrito | ♥Chicken Cheese Steak | Steak & Cheese Sub or | Hot Dogs (2) or |
| #BBQ Tofu | #Tofu Fried Rice | #Three Bean Chili | ♥Steamed Rice | #or Three Bean Salad | ♥# Black Bean Burger | #Kidney Beans |
| ♥Oven Brown Potatoes | ♥Black Beans | ♥Green Beans | ♥Black Beans | Potato Salad | ♥Baked Potato | ♥Baked Tater Tots |
| ♥Coleslaw | ♥Carrots | ♥Garden Salad | ♥Whole Kernel Corn | ♥Pinto Beans | ♥Green Beans | ♥Cole Slaw |
| ♥WW Hamburger Bun | ♥Whole Wheat Bread | ♥Ital Dressing Low Cal | ♥Salsa | ♥WW Hot Dog Bun | ♥WW Hot Dog Bun | Catsup and Mustard |
| ♥Beverage | ♥Beverage | ♥Whole Wheat Bread | ♥Beverage | ♥Beverage | ♥Beverage | ♥WW Hot Dog Bun (2) |
| | | ♥Margarine Pat | | | | ♥Beverage |
| | | ♥Beverage | | | | |

# Indicates No Flesh Entree Item, ♥ Indicates Heart Healthy.

# Federal Bureau of Prisons - National High Rise Menu FY 2023

Week 5

| Breakfast | | | | | | |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit |
| ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal | ♥Cereal |
| Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake | Breakfast Cake |
| ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks |
| ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk |
| Coffee | | | | | | Coffee |

| Lunch | | | | | | |
|---|---|---|---|---|---|---|
| ♥Scrambled Eggs or | BKD Chili Cheese Tots or | ♥Pasta w/ | ♥Hamburger or | ♥Baked Chicken or | BKD Fish Sandwich or | Beef Nachos or |
| #Peanut Butter | ♥#Three Bean Chili | ♥Meat Sauce or | # Black Bean Burger | #Black Beans | ♥Black Beans | ♥Chili or |
| ♥Oven Brown Potatoes | ♥W/Baked Potato | #Soy Spaghetti Sauce | ♥Baked Tater Tots | ♥Baked Sweet Potato | Collard Greens | #or Soy BF w/ T. Chips |
| ♥Biscuits (2) | ♥Carrots | Spinach | ♥Lettuce/Tomato | ♥Mixed Vegetables | ♥Cole Slaw | ♥Whole Kernel Corn |
| and ♥Jelly (2) | Shredded Cheese | ♥Whole Wheat Bread | ♥Sliced Onions | ♥Whole Wheat Bread | ♥WW Hamburger Bun | ♥Pinto Beans |
| Cream Gravy | ♥Whole Wheat Bread | ♥Fruit | Catsup and Mustard | Margarine Pat | Tartar Sauce | ♥Salsa |
| ♥Margarine Pat | ♥Margarine Pat | ♥Beverage | ♥WW Hamburger Bun | ♥Fruit | ♥Fruit | ♥Fruit |
| ♥Fruit | ♥Fruit | | ♥Fruit | ♥Beverage | ♥Beverage | ♥Beverage |
| ♥Beverage | ♥Beverage | | ♥Beverage | | | |

| Dinner | | | | | | |
|---|---|---|---|---|---|---|
| ♥Beef Tacos or | ♥Beef Stew or | BKD Chicken Patty Sandwich | ♥Chicken Stir Fry or | Baked Ziti & Beef or | ♥Turkey Roast or | ♥Chicken Fajitas or |
| #Soy Tacos | #Tofu & Rice | ♥#or Chicken No Flesh Patty | #Tofu Stir Fry | #Soy Baked Ziti | #PB & Jelly Sandwich (2) | #Tofu Fajitas |
| ♥Cilantro Rice | ♥Boiled Potatoes | Steamed Rice | Steamed Rice | Green Beans | ♥Mashed Potatoes | ♥Cilantro Rice |
| ♥Black Beans | ♥Beets | ♥Pinto Beans | Kidney Beans | Garden Salad | ♥Mixed Vegetables | ♥Black Beans |
| ♥Whole Kernel Corn | ♥Whole Wheat Bread | ♥Lettuce/Tomato | ♥Whole Wheat Bread | ♥Ital Dressing Low Cal | Turkey Gravy | ♥Whole Kernel Corn |
| ♥Salsa | ♥Beverage | ♥WW Hamburger Bun | ♥Beverage | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Salsa |
| ♥Taco Shells (2) | | ♥Beverage | | ♥Beverage | ♥Margarine Pat | ♥Flour Tortilla (2) |
| ♥Beverage | | | | | ♥Beverage | ♥Beverage |

# Indicates No Flesh Entree Item, ♥ Indicates Heart Healthy.

EXHIBIT B

**MDC BROOKLYN**
**COMMISSARY LIST**
*K-84*
**COMMISSARY LIST as of 05/25/2023**

(INMATE NUMBER)  UNIT
(INMATE NAME)  CELL #
(INMATE SIGNATURE)  WORK DETAIL

ALL SALES ARE FINAL. ONCE YOU LEAVE THE DELIVERY AREA. NO CHANGES WILL BE ACCEPTED. THE SPENDING LIMIT IS $180.00 PER SHOP.
PRICES ARE SUBJECT TO CHANGE WITHOUT PRIOR NOTICE.
K=KOSHER/ D=DAIRY U=ORTHODOX UNION/ P=PAREVE/ H=HALAL  M=HALAL/ C=HALAL/ KS=KOSHER/ G=GLATT/ ©=HEALTHY CHOICE

| QTY | STAMPS | PRICE | LIMIT |
|---|---|---|---|
| | FIRST CLASS DOMESTIC STAMP | 0.63 | 20 |
| | FIRST CLASS GLOBAL STAMP | 1.45 | 10 |
| | FIVE CENT STAMP | 0.05 | 10 |
| QTY | SUNDRY | PRICE | LIMIT |
| | 9 X 12 ENVELOPE | 0.20 | 5 |
| | ENVELOPE, WHITE, BOX OF 50 | 1.75 | 1 |
| QTY | O.T.C. MEDICATIONS | PRICE | LIMIT |
| | IBUPROFEN or ACETAMINOPSE | 2.95 | 1 |
| | ALLERGY TABLETS, 10MG, 30 CT | 3.15 | 1 |
| | HALLS COUGH DROPS | 2.50 | 2 |
| QTY | VITAMINS | PRICE | LIMIT |
| | VITAMINS MUTLT, 100 CT | 2.50 | 1 |
| QTY | HEALTH / HYGIENE | PRICE | LIMIT |
| | COCOA BUTTER STICK | 2.70 | 1 |
| | DEODORANT LADIES | 2.45 | 1 |
| | DEODORANT MALE | 4.20 | 1 |
| | SOAP DIAL | 2.60 | 2 |
| | SOAP DOVE | 2.75 | 2 |
| QTY | FOOD/SNACK | PRICE | LIMIT |
| | FLOUR TORTILLAS [K] | 2.75 | 1 |
| | CEREAL CINNAMON TOASTERS | 5.65 | 1 |
| | CEREAL HONEY NUT | 4.60 | 1 |
| | CHICKEN POUCH © | 3.85 | 2 |
| | DELUXE MIXED NUTS [K] © | 3.80 | 1 |
| | DORITOS COOL RANCH | 2.50 | 1 |
| | GRANOLA BARS, VARIETY © | 3.30 | 1 |
| | GRANOLA VANILLA © | 5.65 | 1 |
| | MACKERAL FILLETS POUCH  [U,P] © | 1.30 | 2 |
| | PROTEIN NUTRITION BAR | 1.75 | 2 |
| | SARDINES IN OIL LIGHTLY SMOKES | 1.10 | 2 |
| | TUNA POUCH [U,P] © | 3.05 | 2 |
| | TURKEY & SWISS STICK | 1.50 | 2 |
| | UNSALTED CRACKERS  [U,D] © | 1.80 | 1 |
| | UNSALTED PEANUTS [K] © | 2.80 | 1 |

GENERAL INFORMATION

1. THE COMMISSARY SHOPPING SCHEDULE IS POSTED IN THE TRULINC'S BULLETIN BOARD.  ITEMS MAY BE LIMITED WITHOUT PRIOR NOTICE.  STAMPS, COPY CARDS & OTC MEDS WILL NOT AFFECT THE LIMIT.
2. ALL COMMISSARY CONCERNS SHOULD BE ADDRESSED USING THE BRO/INMATE TO TRUST FUND
3. DAMAGED MP3 PLAYERS, WATCHES, RADIOS AND HEADPHONES MAY BE RETURNED TO THE MANUFACTURER PER THE WARRANTY, BUT WILL NOT BE AUTHORIZED FOR RETURN TO THE INSTITUTION
4. ONE ADDITIONAL DELIVERY ATTEMPT WILL BE MADE FOR THOSE INMATES WHO ARE NOT IN THEIR HOUSING UNIT
5. PRICES ARE SUBJECT FOR CHANGE

C. RODRIGUEZ, AW (O)        S. MA'AT, WARDEN