UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JOSHUA ADAM SCHULTE,

                                Petitioner,

            - against -

WARDEN OF METROPOLITAN DETENTION
CENTER (MDC),

                              Respondent.

**DECLARATION OF
JOHN HAYES**

Civil Action
No. 22-cv-766 (EK)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Pursuant to 28 U.S.C. § 1746, I, John Hayes, hereby declare as follows:

1.     I am currently employed by the Federal Bureau of Prisons ("BOP"), a component of the U.S. Department of Justice ("DOJ"), as a Legal Assistant at the Legal Department of the Metropolitan Detention Center, Brooklyn ("MDC Brooklyn"). I have been employed by the BOP as a Legal Assistant since July of 2023. In my capacity as a Legal Assistant, I am familiar with the BOP's administrative exhaustion requirements for inmates seeking to administratively exhaust non-tort grievances under the Administrative Remedy Program ("ARP"), including the system by which BOP maintains official records of such ARP grievances. I have access to numerous records regarding federal prisons, including, but not limited to, records maintained on the BOP's computerized database SENTRY. I am specifically familiar with records pertaining to inmate Joshua Schulte, Register No. 79471-054, Petitioner in the above-captioned action. These records are maintained in the ordinary course of business at MDC Brooklyn, as well as at other federal correctional institutions.

2.     I base this declaration on my personal knowledge as Legal Assistant.

3.     I submit this declaration in support of Respondent's status report to the Court.

## Relevant Process for Exhausting an Administrative Grievance

4.      The ARP is a three-tiered, formal process that is available to inmates for review of any issue which relates to any aspect of their confinement. 28 C.F.R. § 542.10. An inmate must initially attempt to informally resolve issues with institutional staff. 28 C.F.R. § 542.13(a). If informal resolution fails or is waived, an inmate may submit a formal request (a "BP-9") within twenty days of the date on which the basis for the BP-9 occurred, or within any extension permitted. 28 C.F.R. § 542.14. An inmate who is dissatisfied with the Warden's response to his BP-9 may appeal to the BOP Regional Director by submitting a BP-10 form ("BP-10") within twenty days of the date the Warden signed his response. *See* 28 C.F.R. § 542.15(a). The inmate may then appeal to the BOP's Office of the General Counsel by way of a BP-11 form ("BP-11") within thirty days from the BOP Regional Director's signed response. *See id.* The BP-11 is the final administrative appeal. *See id.* If responses are not received by the inmate within the time allotted for reply, "the inmate may consider the absence of a response to be a denial at that level." 28 C.F.R. § 542.18.

5.      Among other functions, SENTRY contains a complete history of administrative remedy filings made by an inmate in BOP custody. This includes filings an inmate might make while incarcerated at any BOP facility, and it shows whether an inmate has filed his requests for a remedy with the Warden, the Regional Office, or the Office of General Counsel. It also shows whether a grievance was addressed on the merits and whether a grievance was rejected for matters of form. Administrative remedy submissions in SENTRY are identified first by a case number; then by an alphabetic designation that shows where the grievance was filed. For example, a grievance filed at the institutional level bears the letter "F." A Regional Office appeal is denoted

by the letter "R," and the final appeal, to the Office of General Counsel, is denoted by the letter "A."

6.  SENTRY reflects whether an appeal was rejected, as indicated by status code "REJ," and contains the reason (or reasons) for a rejection of an appeal. SENTRY also reflects whether an appeal was denied, as indicated by status code "CLD" and status reason "DNY."

7.  An appeal that has been rejected can be resubmitted without prejudice. An inmate complaining of conditions that could be reasonably characterized as ongoing or chronic has no limit on resubmission following a rejection. *See* 28 C.F.R. § 542.17(a)-(b).

### Petitioner's Relevant Administrative Exhaustion History

8.  I am aware that Petitioner has filed the above-captioned habeas petition pursuant to 28 U.S.C. § 2241, challenging the conditions of his confinement at MDC Brooklyn. Among his complaints are allegations of: (a) "sleep deprivation" as a result of bright lighting remaining on at all hours of the day; (b) "constant sound played through speakers" throughout the day; (c) "starvation" because he claims he is not being fed regularly; and (d) "commissary restrictions" compared with MDC Brooklyn's general population.

9.  I reviewed Petitioner's ARP grievance history. I have identified all grievances filed from October 18, 2021 (the date that Petitioner entered MDC Brooklyn's custody) through August 31, 2023 concerning this facility which could fall within one of the four categories listed in paragraph 6. Exhibit A of this Declaration contains a copy of Petitioner's Administrative Remedy Generalized Retrieval Report, which is current through August 31, 2023.

10.  I have determined that Petitioner filed: (a) two complaints concerning lighting; (b) one complaint concerning sounds from the speakers; (c) one complaint concerning his access to food; and (d) seven complaints concerning his commissary access.

**Petitioner's Grievance History as to Lighting Complaints**

11.      Of the two complaints concerning lighting, one made it to the BP-9 stage and one made it to the BP-10 stage.

12.      Petitioner filed a grievance under Remedy ID No. 1108630-F1. According to the entries for this grievance, a BP-9 was received by the facility on January 31, 2022 regarding the following complaint: "REMOVED LIGHT SWITCH FROM CELL." This BP-9 was rejected on January 31, 2022 because, as indicated by status reason "INF," Petitioner either did not attempt informal resolution prior to submission of the BP-9 or did not provide necessary evidence of an attempt at informal resolution, and, as indicated by status reason "CON," because he did not submit his request through his counselor or another authorized person. There are no additional entries indicating that Petitioner proceeded to the BP-10 stage of the ARP.

13.      Petitioner filed a grievance under Remedy ID No. 1115217-F1. According to the entries for this grievance, a BP-9 was received by the facility on March 30, 2022 regarding the following complaint: "REPLACE LIGHT SWITCHES." This BP-9 was denied on April 7, 2022 substantially in full as indicated by status reason "DNY." This grievance proceeded to the BP-10 stage under Remedy ID No. 1115217-R2, and was received by the BOP Northeast Regional Office on April 20, 2022. This BP-10 was rejected on April 20, 2022 because, as indicated by status reason "LEG," the form was not deemed legible. However, as indicated by status code "RSR," Petitioner was permitted to resubmit his appeal in proper form within ten days of the date of the rejection notice. There are no additional entries indicating that Petitioner resubmitted his BP-10.

**Petitioner's Grievance History as to Access to Food**

14.      The sole complaint concerning Petitioner's access to food made it to the BP-9 stage.

15.      Petitioner filed a grievance under Remedy ID No. 1100694-FI. According to the

entries for this grievance, a BP-9 was received by the facility on November 10, 2021 regarding the following complaint: "NOT PROVIDING ENOUGH FOOD." This BP-9 was rejected on November 10, 2021 because, as indicated by status reason "INF," Petitioner either did not attempt informal resolution prior to submission of the BP-9, or did not provide necessary evidence of an attempt at informal resolution. There are no additional entries indicating that Petitioner proceeded to the BP-10 stage of the ARP.

### Petitioner's Grievance History as to Sound Complaints

16.     The sole complaint concerning the sounds from the speakers made it to the BP-9 stage.

17.     Petitioner filed a grievance under Remedy ID No. 1115214-F1. According to the entries for this grievance, a BP-9 was received by the facility on March 30, 2022 regarding the following complaint: "BLASTING SOUNDS THROUGH SPEAKERS." This BP-9 was denied on April 19, 2022 substantially in full as indicated by status reason "DNY." There are no additional entries indicating that Petitioner proceeded to the BP-10 stage of the ARP.

### Petitioner's Grievance History as to Commissary Complaints

17.     Of the seven complaints concerning Petitioner's access to commissary, one made it to the BP-9 stage, five made it to the BP-10 stage, and one is still pending at the BP-9 stage with a response due in early September 2023.

18.     Petitioner filed a grievance under Remedy ID No. 1108628-F1. According to the entries for this grievance, a BP-9 was received by the facility on January 31, 2022 regarding the following complaint: "RECEIVED RESTRICTED COMMISSARY." This BP-9 was rejected on January 31, 2022.  As indicated by status reason "INF," Petitioner either did not attempt informal resolution prior to submission of the BP-9 or did not provide necessary evidence of an attempt at

informal resolution, and, as indicated by status reason "CON," Petitioner did not submit his request through his counselor or another authorized person. There are no additional entries indicating that Petitioner proceeded to the BP-10 stage of the ARP.

19.     Petitioner filed a grievance under Remedy ID No. 1115208-F1. According to the entries for this grievance, a BP-9 was received by the facility on March 30, 2022 regarding the following complaint: "ASKING FOR FULL COMMISSARY." This BP-9 was denied on April 7, 2022 substantially in full as indicated by status reason "DNY." This grievance proceeded to the BP-10 stage under Remedy ID No. 1115208-R1, and was received by the BOP Northeast Regional Office on April 28, 2022. This BP-10 was rejected on May 11, 2022 because, as indicated by status reason "LEG," the form was not deemed legible. Status reason "OTH" referred to additional remarks, and those remarks reflect: "PAGES 2, 3, AND 4 ARE NOT LEGIBLE." However, as indicated by status code "RSR," Petitioner was permitted to resubmit his appeal in proper form within ten days of the date of the rejection notice. There are no additional entries indicating that Petitioner resubmitted his BP-10.

20.     Petitioner filed a grievance under Remedy ID No. 1158815-F1. According to the entries for this grievance, a BP-9 was received by the facility on April 19, 2023 regarding the following complaint: "RAMADAN COMMISSARY CONCERNS." This BP-9 was denied on April 26, 2023 substantially in full as indicated by status reason "DNY." This grievance proceeded to the BP-10 stage under Remedy ID No. 1158815-R1, and was received by the BOP Northeast Regional Office on May 15, 2023. This BP-10 was rejected on July 11, 2023 because, as indicated by status reason "LEG," the form was not deemed legible. Status reason "OTH" referred to additional remarks, and those remarks reflect: "PAGE 4 IS NOT LEGIBLE." However, as indicated by status code "RSR," Petitioner was permitted to resubmit his appeal in proper form

within ten days of the date of the rejection notice. There are no additional entries indicating that Petitioner resubmitted his BP-10.

21.     Petitioner filed a grievance under Remedy ID No. 1169693-R1. According to the entries for this grievance, a BP-10 was received by the BOP Northeast Regional Office on June 1, 2023 regarding the following complaint: "COMMISARY [*sic*] RESTRICTIONS." This BP-10 was rejected on July 25, 2023 and status reason "OTH" referred to additional remarks; those remarks reflect: "IF THE WARDEN ACCEPTED YOUR BP9 AND DID NOT ANSWER IT, YOU MUST PROVIDE THE REMEDY NUMBER SHOWN ON THE RECEIPT FOR THAT APPEAL." As indicated by status code "RSR," Petitioner was permitted to resubmit his appeal in proper form within ten days of the date of the rejection notice. There are no additional entries indicating that Petitioner resubmitted his BP-10. However, Petitioner can obtain a remedy number from the facility and resubmit the BP-10.

22.     Petitioner filed a grievance under Remedy ID No. 1172860-F1. According to the entries for this grievance, a BP-9 was received by the facility on August 18, 2023 regarding the following complaint: "COMMISSARY CONCERNS." This BP-9 was rejected on August 18, 2023 and status reason "OTH" referred to additional remarks; those remarks reflect: "A CLOCK WILL BE PUT ON YOUR CELL TRAP THIS WEEK." There are no additional entries indicating that Petitioner resubmitted his BP-10.

23.     Petitioner filed a grievance under Remedy ID No. 1169693-R1. According to the entries for this grievance, a BP-10 was received by the BOP Northeast Regional Office on June 1, 2023 regarding the following complaint: "COMMISARY [*sic*] RESTRICTIONS." This BP-10 was rejected on July 25, 2023 and status reason "OTH" referred to additional remarks; those remarks reflect: "IF THE WARDEN ACCEPTED YOUR BP9 AND DID NOT ANSWER IT,

YOU MUST PROVIDE THE REMEDY NUMBER SHOWN ON THE RECEIPT FOR THAT APPEAL." As indicated by status code "RSR," Petitioner was permitted to resubmit his appeal in proper form within ten days of the date of the rejection notice. There are no additional entries indicating that Petitioner resubmitted his BP-10. However, Petitioner can obtain a remedy number from the facility and resubmit the BP-10.

24.     Petitioner filed a grievance under Remedy ID No. 1172863-F1. According to the entries for this grievance, a BP-9 was received by the facility on August 18, 2023 regarding the following complaint: "COMMISSARY CONCERNS." A response to this BP-9 is not due until September 7, 2023.

Dated:  Brooklyn, New York
        September 1, 2023

By:     _____
        JOHN HAYES
        Legal Assistant
        Legal Department
        MDC Brooklyn
        Federal Bureau of Prisons

# EXHIBIT A

```
          FUNCTION: L-P SCOPE: REG   EQ 79471-054   OUTPUT FORMAT: FULL
   ------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
   DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
   DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
   DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
   STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
   SUBJECTS: _____ _____ _____ ____ ____ _____ _____ _____ _____ _____
   EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
   RCV  OFC : EQ _____       _____     _____     _____     _____     _____
   TRACK:  DEPT: _____ _____ _____ _____ _____ _____
           PERSON: ____     _____     _____     _____     _____     _____
             TYPE: ____     _____     _____     _____     _____     _____
   EVNT FACL: EQ _____      _____     _____     _____     _____     _____
   RCV FACL.: EQ _____      _____     _____     _____     _____     _____
   RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
   RCV QTR..: EQ _____ _____ _____ _____ _____ _____
   ORIG FACL: EQ _____      _____     _____     _____     _____     _____
   ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
   ORIG QTR.: EQ _____ _____ _____ _____ _____ _____
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 971052-F1     SUB1: 25EM SUB2:     DATE RCV:    03-14-2019
UNT  RCV..:9            QTR RCV.: Z07-306LAD   FACL RCV: NYM
UNT  ORG..:9            QTR ORG.: Z07-306LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1              RESP DUE: TUE  04-23-2019
ABSTRACT.: I/M HAS COMMISSARY COMPLAINT
STATUS DT: 07-10-2019  STATUS CODE: CLG STATUS REASON: PAR
INCRPTNO.:              RCT: N EXT: N DATE ENTD: 03-14-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 971058-F1     SUB1: 25EM SUB2:     DATE RCV:    03-14-2019
UNT  RCV..:9            QTR RCV.: Z07-306LAD   FACL RCV: NYM
UNT  ORG..:9            QTR ORG.: Z07-306LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1              RESP DUE: TUE  04-23-2019
ABSTRACT.: I/M HAS RECREATION COMPLAINTS
STATUS DT: 05-03-2019  STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:              RCT: N EXT: N DATE ENTD: 03-14-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 971059-F1     SUB1: 18BM SUB2:       DATE RCV:   03-14-2019
UNT  RCV..:9           QTR RCV.: Z07-306LAD    FACL RCV: NYM
UNT  ORG..:9           QTR ORG.: Z07-306LAD    FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1                RESP DUE:  WED  04-03-2019
ABSTRACT.: I/M HAS VISITING COMPLAINTS
STATUS DT: 03-25-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:               RCT: N EXT:  DATE ENTD: 03-14-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 971060-F1     SUB1: 22ZM SUB2:       DATE RCV:   03-14-2019
UNT  RCV..:9           QTR RCV.: Z07-306LAD    FACL RCV: NYM
UNT  ORG..:9           QTR ORG.: Z07-306LAD    FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1                RESP DUE:  TUE  04-23-2019
ABSTRACT.: I/M HAS HOUSING COMPLAINTS
STATUS DT: 07-24-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:               RCT: N EXT: N DATE ENTD: 03-14-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W       QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 974081-F1     SUB1: 22CM SUB2:      DATE RCV:   04-11-2019
UNT  RCV..:9          QTR RCV.: Z07-301LAD   FACL RCV: NYM
UNT  ORG..:9          QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1              RESP DUE: WED  05-01-2019
ABSTRACT.: I/M COMPLAINS OF CONSTANT LIGHTING IN CELL
STATUS DT: 04-25-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: N EXT:  DATE ENTD: 04-11-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W       QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 974083-F1     SUB1: 22CM SUB2:      DATE RCV:   04-11-2019
UNT  RCV..:9          QTR RCV.: Z07-301LAD   FACL RCV: NYM
UNT  ORG..:9          QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1              RESP DUE: TUE  05-21-2019
ABSTRACT.: I/M COMPLAINS OF LACK OF LIBRARY ACCESS
STATUS DT: 07-10-2019  STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:            RCT: N EXT: N DATE ENTD: 04-11-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 974084-F1      SUB1: 22CM SUB2:      DATE RCV:   04-11-2019
UNT  RCV..:9             QTR RCV.: Z07-301LAD   FACL RCV: NYM
UNT  ORG..:9             QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1                RESP DUE: TUE  05-21-2019
ABSTRACT.: I/M COMPLAINS OF INSUFFICENT DISCOVERY ACCESS
STATUS DT: 11-07-2019  STATUS CODE: CLG STATUS REASON: PAR
INCRPTNO.:              RCT: N EXT: N DATE ENTD: 04-11-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 974085-F1      SUB1: 22CM SUB2:      DATE RCV:   04-11-2019
UNT  RCV..:9             QTR RCV.: Z07-301LAD   FACL RCV: NYM
UNT  ORG..:9             QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1                RESP DUE: TUE  05-21-2019
ABSTRACT.: I/M COMPLAINS OF SECURITY MEASURES IN HIS UNIT
STATUS DT: 08-19-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: N EXT: N DATE ENTD: 04-11-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 974087-F1     SUB1: 22CM SUB2:      DATE RCV:   04-11-2019
UNT  RCV..:9           QTR RCV.: Z07-301LAD   FACL RCV: NYM
UNT  ORG..:9           QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1             RESP DUE: WED 05-01-2019
ABSTRACT.: I/M COMPLAINS OF LACK OF HOT WATER IN CELLS
STATUS DT: 04-25-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: N EXT:  DATE ENTD: 04-11-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 974088-F1     SUB1: 22CM SUB2:      DATE RCV:   04-11-2019
UNT  RCV..:9           QTR RCV.: Z07-301LAD   FACL RCV: NYM
UNT  ORG..:9           QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1             RESP DUE: TUE 05-21-2019
ABSTRACT.: I/M COMPLAINS OF LACK OF TVS IN CELLS
STATUS DT: 07-24-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: N EXT: N DATE ENTD: 04-11-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 971059-R1      SUB1: 18BM SUB2:        DATE RCV:   04-12-2019
UNT  RCV..:9          QTR RCV.: Z07-301LAD    FACL RCV: NYM
UNT  ORG..:9          QTR ORG.: Z07-306LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM 1               RESP DUE:
ABSTRACT.: I/M HAS VISITING COMPLAINTS
STATUS DT: 04-16-2019  STATUS CODE: REJ STATUS REASON: LEG OTH RSR
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 04-16-2019
REMARKS..: YOU MAY ONLY SUBMIT ONE BP10 TO APPEAL THE WARDEN'S
             RESPONSE. ALL 4 PAGES OF THE BP10 MUST BE LEGIBLE.


REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 977815-R1      SUB1: 25ZM SUB2:        DATE RCV:   05-10-2019
UNT  RCV..:9          QTR RCV.: Z07-304LAD    FACL RCV: NYM
UNT  ORG..:9          QTR ORG.: Z07-304LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                     RESP DUE:
ABSTRACT.: PRISON IS UNPLEASANT
STATUS DT: 05-16-2019  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 05-16-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 974087-R1      SUB1: 22CM SUB2:        DATE RCV:   05-13-2019
UNT  RCV..:9          QTR RCV.: Z02-201LAD   FACL RCV: NYM
UNT  ORG..:9          QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1             RESP DUE:
ABSTRACT.: I/M COMPLAINS OF LACK OF HOT WATER IN CELLS
STATUS DT: 05-22-2019  STATUS CODE: REJ STATUS REASON: LEG OTH RSR
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 05-22-2019
REMARKS..: PAGES 2, 3, AND 4 OF THE BP10 ARE NOT LEGIBLE.



REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: BOP
REMEDY ID: 979384-A1      SUB1: 15HS SUB2:        DATE RCV:   05-13-2019
UNT  RCV..:9          QTR RCV.: Z02-201LAD   FACL RCV: NYM
UNT  ORG..:9          QTR ORG.: Z02-201LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV:                     RESP DUE:
ABSTRACT.: SAMP COMPLAINT
STATUS DT: 05-31-2019  STATUS CODE: REJ STATUS REASON: WRL LEG OTH
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 05-31-2019
REMARKS..: NO RECORD OF YOUR APPEALING THIS FIRST AT
           INSTITUTIONAL LEVEL ACCORDING TO SENTRY. WARDEN MUST
           ADDRESS YOUR CONCERN FIRST
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: BOP
REMEDY ID: 979385-A1      SUB1: 25CM SUB2: 15HS DATE RCV:    05-13-2019
UNT  RCV..:9            QTR RCV.: Z02-201LAD   FACL RCV: NYM
UNT  ORG..:9            QTR ORG.: Z02-201LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                        RESP DUE:
ABSTRACT.: BLACKED OUT WINDOWS
STATUS DT: 05-31-2019  STATUS CODE: REJ STATUS REASON: WRL LEG OTH
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 05-31-2019
REMARKS..: NO RECORD OF YOUR APPEALING THIS FIRST AT
           INSTITUTIONAL LEVEL ACCORDING TO SENTRY. WARDEN MUST
           ADDRESS YOUR CONCERN FIRST


REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: BOP
REMEDY ID: 979386-A1      SUB1: 15HS SUB2:      DATE RCV:    05-13-2019
UNT  RCV..:9            QTR RCV.: Z02-201LAD   FACL RCV: NYM
UNT  ORG..:9            QTR ORG.: Z02-201LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                        RESP DUE:
ABSTRACT.: VISITING, PHONE CALL COMPLINTS
STATUS DT: 05-31-2019  STATUS CODE: REJ STATUS REASON: WRL LEG OTH
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 05-31-2019
REMARKS..: NO RECORD OF YOUR APPEALING THIS FIRST AT
           INSTITUTIONAL LEVEL ACCORDING TO SENTRY. WARDEN MUST
           ADDRESS YOUR CONCERN FIRST
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W         QTR.: K07-804L   RCV OFC: BOP
REMEDY ID: 979388-A1      SUB1: 33HM SUB2:       DATE RCV:   05-13-2019
UNT  RCV..:9           QTR RCV.: Z02-201LAD   FACL RCV: NYM
UNT  ORG..:9           QTR ORG.: Z02-201LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                         RESP DUE:
ABSTRACT.: ADMIN REMEDY ISSUES
STATUS DT: 05-31-2019  STATUS CODE: REJ STATUS REASON: WRL OTH
INCRPTNO.:             RCT:    EXT:   DATE ENTD: 05-31-2019
REMARKS..: THIS APPEAL MUST START AT INSTITUTIONAL LEVEL.
           PRESS HARDER TO GET THE WORDS TO TRANSFER TO ALL 4
           ORIGINAL PAGES. GET HELP FROM UNIT TEAM


REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W         QTR.: K07-804L   RCV OFC: BOP
REMEDY ID: 979389-A1      SUB1: 25EM SUB2:       DATE RCV:   05-13-2019
UNT  RCV..:9           QTR RCV.: Z02-201LAD   FACL RCV: NYM
UNT  ORG..:9           QTR ORG.: Z02-201LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                         RESP DUE:
ABSTRACT.: COMMISSARY ISSUES
STATUS DT: 05-31-2019  STATUS CODE: REJ STATUS REASON: WRL OTH
INCRPTNO.:             RCT:    EXT:   DATE ENTD: 05-31-2019
REMARKS..: THIS APPEAL MUST START AT INSTITUTIONAL LEVEL.
           SENTRY INDICATES THIS HAS NOT BEEN APPEALED AT THE
           INSTITUTIONAL LEVEL
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 974084-R1      SUB1: 22CM SUB2:      DATE RCV:   05-15-2019
UNT  RCV..:9              QTR RCV.: Z02-201LAD  FACL RCV: NYM
UNT  ORG..:9              QTR ORG.: Z07-301LAD  FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1                 RESP DUE:
ABSTRACT.: I/M COMPLAINS OF INSUFFICENT DISCOVERY ACCESS
STATUS DT: 05-22-2019  STATUS CODE: REJ STATUS REASON: IRQ LEG OTH RSR
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 05-22-2019
REMARKS..: THE BP10 WAS COMPLETED AND SIGNED BY YOU ON 5-1-19.
           THIS IS BEFORE THE DATE THE WARDEN'S RESPONSE WAS
           DUE.


REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 974083-R1      SUB1: 22CM SUB2:      DATE RCV:   05-15-2019
UNT  RCV..:9              QTR RCV.: Z02-201LAD  FACL RCV: NYM
UNT  ORG..:9              QTR ORG.: Z07-301LAD  FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1                 RESP DUE:
ABSTRACT.: I/M COMPLAINS OF LACK OF LIBRARY ACCESS
STATUS DT: 05-22-2019  STATUS CODE: REJ STATUS REASON: LEG OTH
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 05-22-2019
REMARKS..: PAGES 2, 3, AND OF THE BP9 ARE NOT LEGIBLE.
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 974085-R1      SUB1: 22CM SUB2:       DATE RCV:   05-15-2019
UNT  RCV..:9            QTR RCV.: Z02-201LAD   FACL RCV: NYM
UNT  ORG..:9            QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1             RESP DUE:
ABSTRACT.: I/M COMPLAINS OF SECURITY MEASURES IN HIS UNIT
STATUS DT: 05-22-2019  STATUS CODE: REJ STATUS REASON: LEG OTH RSR
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 05-22-2019
REMARKS..: PAGES 2, 3, AND 4 OF THE BP10 ARE NOT LEGIBLE.



REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 978657-R1      SUB1: 16FM SUB2:       DATE RCV:   05-20-2019
UNT  RCV..:9            QTR RCV.: Z07-304LAD   FACL RCV: NYM
UNT  ORG..:9            QTR ORG.: Z07-304LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                     RESP DUE:
ABSTRACT.: INMATES SHOULDN'T HAVE TO PAY FOR POSTAGE STAMGS
STATUS DT: 05-28-2019  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 05-28-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 974081-R1     SUB1: 22CM SUB2:      DATE RCV:   05-20-2019
UNT  RCV..:9            QTR RCV.: Z07-304LAD   FACL RCV: NYM
UNT  ORG..:9            QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1               RESP DUE:
ABSTRACT.: I/M COMPLAINS OF CONSTANT LIGHTING IN CELL
STATUS DT: 05-28-2019  STATUS CODE: REJ STATUS REASON: LEG OTH RSR
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 05-28-2019
REMARKS..: PAGES 2, 3, AND 4 OF THE BP10 ARE NOT LEGIBLE.



REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 979410-F1     SUB1: 33FM SUB2:      DATE RCV:   06-02-2019
UNT  RCV..:9            QTR RCV.: Z07-304LAD   FACL RCV: NYM
UNT  ORG..:9            QTR ORG.: Z07-304LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1               RESP DUE: SAT  06-22-2019
ABSTRACT.: IM STATES UNIT TEAM IS NOT PICKING UP LEGAL MAIL
STATUS DT: 06-18-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: N EXT:  DATE ENTD: 06-02-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 979414-F1     SUB1: 33FM SUB2:      DATE RCV:   06-02-2019
UNT  RCV..:9           QTR RCV.: Z07-304LAD   FACL RCV: NYM
UNT  ORG..:9           QTR ORG.: Z07-304LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1              RESP DUE: SAT 06-22-2019
ABSTRACT.: IM WANTS PHYSICAL CONTACT WHEN VISITED
STATUS DT: 06-27-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: N EXT:  DATE ENTD: 06-02-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 979415-F1     SUB1: 33ZM SUB2:      DATE RCV:   06-02-2019
UNT  RCV..:9           QTR RCV.: Z07-304LAD   FACL RCV: NYM
UNT  ORG..:9           QTR ORG.: Z07-304LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1              RESP DUE: SAT 06-22-2019
ABSTRACT.: IM WANTS EMAIL ATTORNEY
STATUS DT: 06-18-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: N EXT:  DATE ENTD: 06-02-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 984484-F1      SUB1: 34AM SUB2:       DATE RCV:   06-03-2019
UNT  RCV..:9           QTR RCV.: Z07-304LAD   FACL RCV: NYM
UNT  ORG..:9           QTR ORG.: Z07-304LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1             RESP DUE: SUN 06-23-2019
ABSTRACT.: I/M COMPLAINS THAT STAFF MEMBER WAS UNPROFESSIONAL
STATUS DT: 07-24-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: N EXT:  DATE ENTD: 07-17-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 980566-R1      SUB1: 34AM SUB2:       DATE RCV:   06-06-2019
UNT  RCV..:9           QTR RCV.: Z07-305LAD   FACL RCV: NYM
UNT  ORG..:9           QTR ORG.: Z07-305LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV:                     RESP DUE:
ABSTRACT.: STAFF DESTROYED PROPERTY 5-30-19
STATUS DT: 06-11-2019  STATUS CODE: REJ STATUS REASON: SEN INS
INCRPTNO.:              RCT:   EXT:  DATE ENTD: 06-11-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L  RCV OFC: NER
REMEDY ID: 980570-R1      SUB1: 18ZM SUB2:      DATE RCV:  06-06-2019
UNT  RCV..:9            QTR RCV.: Z07-305LAD   FACL RCV: NYM
UNT  ORG..:9            QTR ORG.: Z07-305LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV:                       RESP DUE:
ABSTRACT.: VISITING ROOM PROCEDURES
STATUS DT: 06-11-2019  STATUS CODE: REJ STATUS REASON: SEN INS
INCRPTNO.:             RCT:  EXT:  DATE ENTD: 06-11-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L  RCV OFC: NER
REMEDY ID: 979415-R1      SUB1: 33ZM SUB2:      DATE RCV:  06-17-2019
UNT  RCV..:9            QTR RCV.: Z07-305LAD   FACL RCV: NYM
UNT  ORG..:9            QTR ORG.: Z07-304LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1                RESP DUE:
ABSTRACT.: REQ FOR TRULINCS ACCESS
STATUS DT: 06-20-2019  STATUS CODE: REJ STATUS REASON: LEG IRQ
INCRPTNO.:             RCT:  EXT:  DATE ENTD: 06-20-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W         QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 981819-R1      SUB1: 20DM SUB2:      DATE RCV:   06-17-2019
UNT  RCV..:9           QTR RCV.: Z07-305LAD    FACL RCV: NYM
UNT  ORG..:9           QTR ORG.: Z07-305LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                        RESP DUE:
ABSTRACT.: REQ FOR DOX GIVEN TO ATTORNEY NOT TO BE RVWD
STATUS DT: 06-20-2019  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 06-20-2019
REMARKS..:


REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W         QTR.: K07-804L   RCV OFC: BOP
REMEDY ID: 974081-A1      SUB1: 22CM SUB2:      DATE RCV:   06-19-2019
UNT  RCV..:9           QTR RCV.: Z07-305LAD    FACL RCV: NYM
UNT  ORG..:9           QTR ORG.: Z07-301LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1                RESP DUE:
ABSTRACT.: I/M COMPLAINS OF CONSTANT LIGHTING IN CELL
STATUS DT: 07-19-2019  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 07-19-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: BOP
REMEDY ID: 974084-A1      SUB1: 22CM SUB2:      DATE RCV:   06-19-2019
UNT  RCV..:9             QTR RCV.: Z07-305LAD   FACL RCV: NYM
UNT  ORG..:9             QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1                RESP DUE:
ABSTRACT.: I/M COMPLAINS OF INSUFFICENT DISCOVERY ACCESS
STATUS DT: 07-19-2019  STATUS CODE: REJ STATUS REASON: WRL OTH
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 07-19-2019
REMARKS..: MUST RESUBMIT A COMPLETE PACKET AT THE REGIONAL
           LEVEL.


REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: BOP
REMEDY ID: 974087-A1      SUB1: 22CM SUB2:      DATE RCV:   06-19-2019
UNT  RCV..:9             QTR RCV.: Z07-305LAD   FACL RCV: NYM
UNT  ORG..:9             QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1                RESP DUE:
ABSTRACT.: I/M COMPLAINS OF LACK OF HOT WATER IN CELLS
STATUS DT: 07-19-2019  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 07-19-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: BOP
REMEDY ID: 974085-A1     SUB1: 22CM SUB2:       DATE RCV:  06-20-2019
UNT  RCV..:9            QTR RCV.: Z07-305LAD   FACL RCV: NYM
UNT  ORG..:9            QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1              RESP DUE:
ABSTRACT.: I/M COMPLAINS OF SECURITY MEASURES IN HIS UNIT
STATUS DT: 07-16-2019  STATUS CODE: REJ STATUS REASON: WRL DIR
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 07-16-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: BOP
REMEDY ID: 977815-A1     SUB1: 25ZM SUB2:       DATE RCV:  06-20-2019
UNT  RCV..:9            QTR RCV.: Z07-305LAD   FACL RCV: NYM
UNT  ORG..:9            QTR ORG.: Z07-304LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV:                     RESP DUE:
ABSTRACT.: PRISON IS UNPLEASANT
STATUS DT: 07-19-2019  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 07-19-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W       QTR.: K07-804L   RCV OFC: BOP
REMEDY ID: 974083-A1     SUB1: 22CM SUB2:       DATE RCV:   06-20-2019
UNT  RCV..:9           QTR RCV.: Z07-305LAD   FACL RCV: NYM
UNT  ORG..:9           QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1               RESP DUE:
ABSTRACT.: I/M COMPLAINS OF LACK OF LIBRARY ACCESS
STATUS DT: 07-19-2019  STATUS CODE: REJ STATUS REASON: DIR IRQ OTH
INCRPTNO.:          RCT:   EXT:  DATE ENTD: 07-19-2019
REMARKS..: MAKE CORRECTIONS AND RESUBMIT AT THE REGIONAL LEVEL.


REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W       QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 993689-F1     SUB1: 11EM SUB2:       DATE RCV:   10-07-2019
UNT  RCV..:7           QTR RCV.: Z07-302LAD   FACL RCV: NYM
UNT  ORG..:7           QTR ORG.: Z07-302LAD   FACL ORG: NYM
EVT FACL.: NYM   ACC LEV:                       RESP DUE:
ABSTRACT.: I/M REQUEST ACCESS TO BOOKS LIKE EVERY OTHER INMATE
STATUS DT: 10-10-2019  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:          RCT:   EXT:  DATE ENTD: 10-10-2019
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W       QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 1005276-R1     SUB1: 34AM SUB2:       DATE RCV:   01-13-2020
UNT  RCV..:7          QTR RCV.: Z07-301LAD   FACL RCV: NYM
UNT  ORG..:7          QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                       RESP DUE:
ABSTRACT.: STAFF LOOKS AT HIM DURING ROUNDS
STATUS DT: 02-03-2020  STATUS CODE: REJ STATUS REASON: SEN INS
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 02-03-2020
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W       QTR.: K07-804L   RCV OFC: NYM
REMEDY ID: 1035316-F1     SUB1: 22ZC SUB2:       DATE RCV:   07-23-2020
UNT  RCV..:9N         QTR RCV.: Z07-301LAD   FACL RCV: NYM
UNT  ORG..:9N         QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM  1              RESP DUE:  WED  08-12-2020
ABSTRACT.: REQUEST TO INSTALL TV'S IN CELLS FOR S.A.M. I/M'S
STATUS DT: 08-07-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: N EXT:  DATE ENTD: 07-24-2020
REMARKS..:
```

```
  REGNO: 79471-054 NAME: SCHULTE, JOSHUA
  RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NER
  REMEDY ID: 1035316-R1     SUB1: 22ZC SUB2:       DATE RCV:  09-18-2020
  UNT  RCV..:J            QTR RCV.: Z07-306LAD    FACL RCV: NYM
  UNT  ORG..:9N           QTR ORG.: Z07-301LAD    FACL ORG: NYM
  EVT FACL.: NYM   ACC LEV: NYM  1            RESP DUE:
  ABSTRACT.: REQUEST TO INSTALL TV'S IN CELLS FOR S.A.M. I/M'S
  STATUS DT: 09-23-2020  STATUS CODE: REJ STATUS REASON: IRQ UTR MEM OTH RSR
  INCRPTNO.:          RCT:   EXT:  DATE ENTD: 09-23-2020
  REMARKS..: YOUR APEAL WAS DUE BY 8-27-20.
             PAGES 3 AND 4 OF THE BP10 ARE NOT LEGIBLE.


  REGNO: 79471-054 NAME: SCHULTE, JOSHUA
  RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NYM
  REMEDY ID: 1050264-F1    SUB1: 11GM SUB2:      DATE RCV:  10-01-2020
  UNT  RCV..:J            QTR RCV.: Z07-304LAD    FACL RCV: NYM
  UNT  ORG..:J            QTR ORG.: Z07-304LAD    FACL ORG: NYM
  EVT FACL.: NYM   ACC LEV:                     RESP DUE:
  ABSTRACT.: COMPLAINS-NOT GOING TO REC. OR LAW LIBRARY
  STATUS DT: 10-01-2020  STATUS CODE: REJ STATUS REASON: INF OTH
  INCRPTNO.:          RCT:   EXT:  DATE ENTD: 10-01-2020
  REMARKS..: YOU HAVE NOT REQUESTED ANY RELIEF AND YOUR BP-8
             IS VERY UNTIMELY, DATED 3-11-20.
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 1100696-R1      SUB1: 25ZM SUB2:        DATE RCV:   02-11-2021
UNT  RCV..:J            QTR RCV.: Z07-301LAD   FACL RCV: NYM
UNT  ORG..:J            QTR ORG.: Z07-301LAD   FACL ORG: NYM
EVT FACL.: BRO    ACC LEV:                      RESP DUE:
ABSTRACT.: DISABLE 24/7 TORTURE LIGHTS
STATUS DT: 03-01-2022  STATUS CODE: REJ STATUS REASON: DIR INS OTH
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 03-01-2022
REMARKS..: IT IS UNCLEAR WHY YOU REFUSE TO FOLLOW THE
            INSTRUCTION YOU HAVE REPEATEDLY BEEN GIVEN. YOU DID
            NOT GET A BP9 RESPONSE, BECAUSE IT WAS REJECTED.


REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: BRO
REMEDY ID: 1100690-F1      SUB1: 25ZM SUB2:        DATE RCV:   11-10-2021
UNT  RCV..:K            QTR RCV.: K07-801L   FACL RCV: BRO
UNT  ORG..:K            QTR ORG.: K07-801L   FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                      RESP DUE:
ABSTRACT.: LOCKERS FOR PROPERTY STORAGE
STATUS DT: 11-10-2021  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 11-10-2021
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L  RCV OFC: BRO
REMEDY ID: 1100691-F1      SUB1: 25ZM SUB2:      DATE RCV:  11-10-2021
UNT  RCV..:K            QTR RCV.: K07-801L    FACL RCV: BRO
UNT  ORG..:K            QTR ORG.: K07-801L    FACL ORG: BRO
EVT FACL.: BRO   ACC LEV:                      RESP DUE:
ABSTRACT.: TELEVISIONS IN OUR CELLS
STATUS DT: 11-10-2021  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 11-10-2021
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L  RCV OFC: BRO
REMEDY ID: 1100694-F1      SUB1: 24AM SUB2:      DATE RCV:  11-10-2021
UNT  RCV..:K            QTR RCV.: K07-801L    FACL RCV: BRO
UNT  ORG..:K            QTR ORG.: K07-801L    FACL ORG: BRO
EVT FACL.: BRO   ACC LEV:                      RESP DUE:
ABSTRACT.: NOT PROVIDING ENOUGH FOOD
STATUS DT: 11-10-2021  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 11-10-2021
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: BRO
REMEDY ID: 1100695-F1     SUB1: 25ZM SUB2:      DATE RCV:    11-10-2021
UNT  RCV..:K            QTR RCV.: K07-801L      FACL RCV: BRO
UNT  ORG..:K            QTR ORG.: K07-801L      FACL ORG: BRO
EVT FACL.: BRO   ACC LEV:                          RESP DUE:
ABSTRACT.: PROVIDE PLASTIC CHAIR
STATUS DT: 11-10-2021  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 11-10-2021
REMARKS..:


REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: BRO
REMEDY ID: 1100696-F1     SUB1: 25ZM SUB2:      DATE RCV:    11-10-2021
UNT  RCV..:K            QTR RCV.: K07-801L      FACL RCV: BRO
UNT  ORG..:J            QTR ORG.: Z07-301LAD    FACL ORG: NYM
EVT FACL.: BRO   ACC LEV:                          RESP DUE:
ABSTRACT.: DISABLE 24/7 TORTURE LIGHTS
STATUS DT: 11-10-2021  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 11-10-2021
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: BRO
REMEDY ID: 1108627-F1      SUB1: 25ZM SUB2:        DATE RCV:  01-31-2022
UNT  RCV..:K              QTR RCV.: K08-801L      FACL RCV: BRO
UNT  ORG..:K              QTR ORG.: K08-801L      FACL ORG: BRO
EVT FACL.: BRO   ACC LEV:                           RESP DUE:
ABSTRACT.: SOLITARY CONFINEMENT IS CRUEL & UNUSUAL PUNISHMENT
STATUS DT: 01-31-2022  STATUS CODE: REJ STATUS REASON: INF CON
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 01-31-2022
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: BRO
REMEDY ID: 1108628-F1      SUB1: 25EM SUB2:        DATE RCV:  01-31-2022
UNT  RCV..:K              QTR RCV.: K08-801L      FACL RCV: BRO
UNT  ORG..:K              QTR ORG.: K08-801L      FACL ORG: BRO
EVT FACL.: BRO   ACC LEV:                           RESP DUE:
ABSTRACT.: RECEIVED RESTRICTED COMMISSARY
STATUS DT: 01-31-2022  STATUS CODE: REJ STATUS REASON: INF CON
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 01-31-2022
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L  RCV OFC: BRO
REMEDY ID: 1108630-F1      SUB1: 25ZM SUB2:      DATE RCV:   01-31-2022
UNT  RCV..:K            QTR RCV.: K08-801L    FACL RCV: BRO
UNT  ORG..:K            QTR ORG.: K08-801L    FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                        RESP DUE:
ABSTRACT.: REMOVED LIGHT SWITCH FROM CELL
STATUS DT: 01-31-2022  STATUS CODE: REJ STATUS REASON: INF CON
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 01-31-2022
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L  RCV OFC: NER
REMEDY ID: 1100690-R1     SUB1: 25ZM SUB2:      DATE RCV:   02-08-2022
UNT  RCV..:K           QTR RCV.: K08-801L    FACL RCV: BRO
UNT  ORG..:K           QTR ORG.: K07-801L    FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                        RESP DUE:
ABSTRACT.: LOCKERS FOR PROPERTY STORAGE
STATUS DT: 02-09-2022  STATUS CODE: REJ STATUS REASON: INS OTH
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 02-09-2022
REMARKS..: YOU DID NOT RECEIVE A RESPONSE TO YOUR BP9 BECAUSE
            IT WAS REJECTED ON 11-10-21.
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L  RCV OFC: NER
REMEDY ID: 1100691-R1     SUB1: 25ZM SUB2:       DATE RCV:   02-09-2022
UNT  RCV..:K          QTR RCV.: K08-801L     FACL RCV: BRO
UNT  ORG..:K          QTR ORG.: K07-801L     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                       RESP DUE:
ABSTRACT.: TELEVISIONS IN OUR CELLS
STATUS DT: 02-11-2022  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:              RCT:   EXT:  DATE ENTD: 02-11-2022
REMARKS..: YOU DID NOT RECEIVE A RESPONSE TO YOUR BP9 BECAUSE
           IT WAS REJECTED ON 11-10-21.


REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L  RCV OFC: NER
REMEDY ID: 1100695-R1     SUB1: 25ZM SUB2:       DATE RCV:   02-09-2022
UNT  RCV..:K          QTR RCV.: K08-801L     FACL RCV: BRO
UNT  ORG..:K          QTR ORG.: K07-801L     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                       RESP DUE:
ABSTRACT.: PROVIDE PLASTIC CHAIR
STATUS DT: 02-11-2022  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:              RCT:   EXT:  DATE ENTD: 02-11-2022
REMARKS..: YOU DID NOT RECEIVE A RESPONSE TO YOUR BP9 BECAUSE
           IT WAS REJECTED ON 11-10-21.
```

```
   REGNO: 79471-054 NAME: SCHULTE, JOSHUA
   RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: NER
   REMEDY ID: 1110016-R1      SUB1: 25CM SUB2:      DATE RCV:   02-09-2022
   UNT  RCV..:K          QTR RCV.: K08-801L      FACL RCV: BRO
   UNT  ORG..:K          QTR ORG.: K08-801L      FACL ORG: BRO
   EVT FACL.: BRO    ACC LEV:                         RESP DUE:
   ABSTRACT.: WANTS AN UNCOVERED WINDOW
   STATUS DT: 02-11-2022  STATUS CODE: REJ STATUS REASON: INS
   INCRPTNO.:             RCT:  EXT:  DATE ENTD: 02-11-2022
   REMARKS..:
```

```
   REGNO: 79471-054 NAME: SCHULTE, JOSHUA
   RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: BRO
   REMEDY ID: 1115208-F1     SUB1: 25EM SUB2:      DATE RCV:   03-30-2022
   UNT  RCV..:K          QTR RCV.: K08-801L      FACL RCV: BRO
   UNT  ORG..:K          QTR ORG.: K08-801L      FACL ORG: BRO
   EVT FACL.: BRO    ACC LEV: BRO  1              RESP DUE: TUE  04-19-2022
   ABSTRACT.: ASKING FOR FULL COMMISSARY
   STATUS DT: 04-07-2022  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:             RCT: N EXT:  DATE ENTD: 03-30-2022
   REMARKS..:
```

```
                    CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
   WED 04-06-2022     UNT MGT      SB    03-30-2022     INV        04-07-2022
```

```
   G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: BRO
REMEDY ID: 1115211-F1      SUB1: 33AM SUB2:      DATE RCV:   03-30-2022
UNT  RCV..:K            QTR RCV.: K08-801L     FACL RCV: BRO
UNT  ORG..:K            QTR ORG.: K08-801L     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1               RESP DUE: TUE  04-19-2022
ABSTRACT.: ACCESS TO LIBRARY AND BOOKS
STATUS DT: 04-07-2022  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: N EXT:  DATE ENTD: 03-30-2022
REMARKS..:
```

```
                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
WED 04-06-2022     UNT MGT      SB    03-30-2022     INV         04-07-2022
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: BRO
REMEDY ID: 1115214-F1      SUB1: 25ZM SUB2:      DATE RCV:   03-30-2022
UNT  RCV..:K            QTR RCV.: K08-801L     FACL RCV: BRO
UNT  ORG..:K            QTR ORG.: K08-801L     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1               RESP DUE: TUE  04-19-2022
ABSTRACT.: BLASTING SOUND THROUGH SPEAKERS
STATUS DT: 04-19-2022  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: N EXT:  DATE ENTD: 03-30-2022
REMARKS..:
```

```
                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
WED 04-06-2022     UNT MGT      SB    03-30-2022     INV         04-19-2022
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: BRO
REMEDY ID: 1115216-F1      SUB1: 25ZM SUB2:     DATE RCV:   03-30-2022
UNT  RCV..:K             QTR RCV.: K08-801L     FACL RCV: BRO
UNT  ORG..:K             QTR ORG.: K08-801L     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1               RESP DUE: TUE  04-19-2022
ABSTRACT.: CHAIRS
STATUS DT: 04-07-2022  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: N EXT:  DATE ENTD: 03-30-2022
REMARKS..:
```

```
                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
WED 04-06-2022     UNT MGT      SB    03-30-2022     INV         04-07-2022
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: BRO
REMEDY ID: 1115217-F1      SUB1: 25ZM SUB2:     DATE RCV:   03-30-2022
UNT  RCV..:K             QTR RCV.: K08-801L     FACL RCV: BRO
UNT  ORG..:K             QTR ORG.: K08-801L     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1               RESP DUE: TUE  04-19-2022
ABSTRACT.: REPLACE LIGHT SWITCHES
STATUS DT: 04-07-2022  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: N EXT:  DATE ENTD: 03-30-2022
REMARKS..:
```

```
                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
WED 04-06-2022     UNT MGT      SB    03-30-2022     INV         04-07-2022
```

```
  REGNO: 79471-054 NAME: SCHULTE, JOSHUA
  RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W         QTR.: K07-804L   RCV OFC: NER
  REMEDY ID: 1115216-R1      SUB1: 25ZM SUB2:      DATE RCV:   04-18-2022
  UNT  RCV..:K            QTR RCV.: K08-801L      FACL RCV: BRO
  UNT  ORG..:K            QTR ORG.: K08-801L      FACL ORG: BRO
  EVT FACL.: BRO    ACC LEV: BRO  1                   RESP DUE:
  ABSTRACT.: WANTS COMFY CHAIRS
  STATUS DT: 04-19-2022  STATUS CODE: REJ STATUS REASON: LEG OTH RSR
  INCRPTNO.:          RCT:   EXT:  DATE ENTD: 04-19-2022
  REMARKS..: PAGES 2, 3, AND 4 ARE NOT LEGIBLE.



  REGNO: 79471-054 NAME: SCHULTE, JOSHUA
  RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W         QTR.: K07-804L   RCV OFC: NER
  REMEDY ID: 1115217-R1     SUB1: 25ZM SUB2:      DATE RCV:   04-20-2022
  UNT  RCV..:K            QTR RCV.: K08-801L      FACL RCV: BRO
  UNT  ORG..:K            QTR ORG.: K08-801L      FACL ORG: BRO
  EVT FACL.: BRO    ACC LEV: BRO  1                   RESP DUE:
  ABSTRACT.: REPLACE LIGHT SWITCHES
  STATUS DT: 04-27-2022  STATUS CODE: VOD STATUS REASON:
  INCRPTNO.:          RCT:   EXT:  DATE ENTD: 04-27-2022
  REMARKS..: ACCEPTED IN ERROR. SEE 1115217-R2
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 1115217-R2     SUB1: 25ZM SUB2:     DATE RCV:   04-20-2022
UNT  RCV..:K           QTR RCV.: K08-801L     FACL RCV: BRO
UNT  ORG..:K           QTR ORG.: K08-801L     FACL ORG: BRO
EVT FACL.: BRO   ACC LEV: BRO  1                RESP DUE:
ABSTRACT.: REPLACE LIGHT SWITCHES
STATUS DT: 04-27-2022  STATUS CODE: REJ STATUS REASON: LEG RSR
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 04-27-2022
REMARKS..:
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 1115211-R1     SUB1: 33AM SUB2:     DATE RCV:   04-26-2022
UNT  RCV..:K           QTR RCV.: K08-801L     FACL RCV: BRO
UNT  ORG..:K           QTR ORG.: K08-801L     FACL ORG: BRO
EVT FACL.: BRO   ACC LEV: BRO  1                RESP DUE:
ABSTRACT.: ACCESS TO LIBRARY AND BOOKS
STATUS DT: 05-05-2022  STATUS CODE: REJ STATUS REASON: LEG OTH RSR
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 05-05-2022
REMARKS..: PAGES 3 AND 4 ARE NOT LEGIBLE.
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 1115208-R1     SUB1: 25EM SUB2:    DATE RCV:   04-28-2022
UNT  RCV..:K            QTR RCV.: K08-801L     FACL RCV: BRO
UNT  ORG..:K            QTR ORG.: K08-801L     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1                      RESP DUE:
ABSTRACT.: ASKING FOR FULL COMMISSARY
STATUS DT: 05-11-2022  STATUS CODE: REJ STATUS REASON: LEG OTH RSR
INCRPTNO.:          RCT:   EXT:  DATE ENTD: 05-11-2022
REMARKS..: PAGES 2, 3, AND 4 ARE NOT LEGIBLE.



REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: BRO
REMEDY ID: 1158803-F1     SUB1: 16ZM SUB2:    DATE RCV:   04-19-2023
UNT  RCV..:4 DETC M/W   QTR RCV.: K07-803L     FACL RCV: BRO
UNT  ORG..:4 DETC M/W   QTR ORG.: K07-803L     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1                      RESP DUE: TUE  05-09-2023
ABSTRACT.: MAIL CONCERNS
STATUS DT: 04-20-2023  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:          RCT: N EXT:  DATE ENTD: 04-20-2023
REMARKS..:


               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
THU 04-27-2023     CORR PGM     LS    04-20-2023    INV
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: BRO
REMEDY ID: 1158815-F1     SUB1: 25EM SUB2:      DATE RCV:   04-19-2023
UNT  RCV..:4 DETC M/W   QTR RCV.: K07-803L      FACL RCV: BRO
UNT  ORG..:4 DETC M/W   QTR ORG.: K07-803L      FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1                RESP DUE: TUE  05-09-2023
ABSTRACT.: RAMADAN COMMISSARY CONCERNS
STATUS DT: 04-26-2023  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:                RCT: N EXT:  DATE ENTD: 04-20-2023
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
THU 04-27-2023     FIN MGT      DQ    04-20-2023     INV       04-27-2023




REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 1158815-R1     SUB1: 25EM SUB2:      DATE RCV:   05-15-2023
UNT  RCV..:4 DETC M/W   QTR RCV.: K07-803L      FACL RCV: BRO
UNT  ORG..:4 DETC M/W   QTR ORG.: K07-803L      FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1                RESP DUE:
ABSTRACT.: RAMADAN COMMISSARY CONCERNS
STATUS DT: 07-11-2023  STATUS CODE: REJ STATUS REASON: LEG OTH RSR
INCRPTNO.:             RCT:    EXT:  DATE ENTD: 07-11-2023
REMARKS..: PAGE 4 IS NOT LEGIBLE.
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 1169693-R1      SUB1: 33HM SUB2: 25ZM DATE RCV:   06-01-2023
UNT  RCV..:4 DETC M/W   QTR RCV.: K07-803L      FACL RCV: BRO
UNT  ORG..:4 DETC M/W   QTR ORG.: K07-803L      FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                         RESP DUE:
ABSTRACT.: COMMISARY RESTRICTIONS
STATUS DT: 07-25-2023  STATUS CODE: REJ STATUS REASON: OTH RSR
INCRPTNO.:             RCT:   EXT:  DATE ENTD: 07-25-2023
REMARKS..: IF THE WARDEN ACCEPTED YOUR BP9 AND DID NOT ANSWER
           IT, YOU MUST PROVIDE THE REMEDY NUMBER SHOWN ON THE
           RECEIPT FOR THAT APPEAL.


REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W          QTR.: K07-804L   RCV OFC: NER
REMEDY ID: 1169696-R1      SUB1: 33HM SUB2: 16AM DATE RCV:   06-01-2023
UNT  RCV..:4 DETC M/W   QTR RCV.: K07-803L      FACL RCV: BRO
UNT  ORG..:4 DETC M/W   QTR ORG.: K07-803L      FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                         RESP DUE:
ABSTRACT.: PUBLICATION9S) REJECTED IN ERROR
STATUS DT: 07-25-2023  STATUS CODE: REJ STATUS REASON: OTH RSR
INCRPTNO.:             RCT:   EXT:  DATE ENTD: 07-25-2023
REMARKS..: IF THE WARDEN ACCEPTED YOUR BP9 AND DID NOT ANSWER
           IT, YOU MUST PROVIDE THE REMEDY NUMBER SHOWN ON THE
           RECEIPT FOR THAT APPEAL.
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W       QTR.: K07-804L   RCV OFC: BRO
REMEDY ID: 1172860-F1     SUB1: 25EM SUB2:       DATE RCV:  08-18-2023
UNT  RCV..:4 DETC M/W   QTR RCV.: K07-804L    FACL RCV: BRO
UNT  ORG..:4 DETC M/W   QTR ORG.: K07-804L    FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                        RESP DUE:
ABSTRACT.: COMISSARY CONCERNS
STATUS DT: 08-21-2023  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 08-21-2023
REMARKS..: A CLOCK WILL BE PUT ON YOUR CELL TRAP THIS WEEK
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W       QTR.: K07-804L   RCV OFC: BRO
REMEDY ID: 1172862-F1     SUB1: 25DM SUB2:       DATE RCV:  08-18-2023
UNT  RCV..:4 DETC M/W   QTR RCV.: K07-804L    FACL RCV: BRO
UNT  ORG..:4 DETC M/W   QTR ORG.: K07-804L    FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                        RESP DUE:
ABSTRACT.: CONFISCATION OF PROPERTY
STATUS DT: 08-21-2023  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 08-21-2023
REMARKS..: PLEASE PROVIDE RECIEPT OF PURCHASE OF
             ITEM BOUGHT FROM COMISSARY
```

```
REGNO: 79471-054 NAME: SCHULTE, JOSHUA
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K07-804L  RCV OFC: BRO
REMEDY ID: 1172863-F1     SUB1: 25EM SUB2:      DATE RCV:   08-18-2023
UNT  RCV..:4 DETC M/W  QTR RCV.: K07-804L     FACL RCV: BRO
UNT  ORG..:4 DETC M/W  QTR ORG.: K07-804L     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1                RESP DUE: THU  09-07-2023
ABSTRACT.: COMISSARY CONCERNS
STATUS DT: 08-21-2023  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:            RCT: N EXT:  DATE ENTD: 08-21-2023
REMARKS..:
```

```
            CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
MON 08-28-2023    FIN MGT      DQ    08-28-2023     INV
```

```
            73 REMEDY SUBMISSION(S) SELECTED
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```