**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of September, two thousand twenty-three.

In Re: Joshua Adam Schulte,

    Petitioner.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Joshua Adam Schulte,

    Petitioner,

v.

Warden, Metropolitan Detention Center (MDC),

    Respondent.

**ORDER**

Docket No. 23-1132

    Petitioner moves to voluntary dismiss the above-captioned petition for a writ of mandamus.

    IT IS HEREBY ORDERED that the motion is GRANTED. The petition for a writ of mandamus is deemed WITHDRAWN and Petitioner's motion to proceed *in forma pauperis* is DENIED as moot.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/05/2023