CIVIL CAUSE FOR Evidentiary Hearing

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 9/5/2023
TIME IN COURT: 3 Hr. 45 Mins.

DOCKET NUMBER: CV 22-0766
TITLE: Schulte v. Warden, Metropolitan Detention Center (MDC)

ESR OPERATOR: Andrew Jackson
FTR LOG: 10:59 – 3:52

APPEARANCES:

    Petitioner:        Joshua Schulte (pro se)
    Respondent:      David Cooper, Neha Khan (MDC staff attorney)

SUMMARY: Case called. Testimony received and evidence entered. Post-hearing briefing shall be submitted as follows: Petitioner's brief due on or before October 12; and the government's brief is due within three weeks after receiving Mr. Schulte's. Mr. Schulte's request for a copy of both the transcript of the status conference held August 24, 2023 and that of the evidentiary hearing held September 5, 2023 is granted. Mr. Schulte shall receive these transcripts free of charge.