Judge Eric R. Komitee
U.S. District Judge EDNY
225 Cadman Plaza East
Brooklyn, NY 11201   RE: Schulte v. Warden, MDC, 22-CV-766

RECEIVED IN PRO SE OFFICE
OCT 02 2023

Dear Judge Komitee:

    I write the Court for notification that I finally received the government's letters dated 9/1/23 and 9/5/23 today 9/14/23. The certified mail receipt had already been removed. The government's contention that its letters are not reviewed by the FBI to ensure I did not write classified information in them do not appear to be true — although two week delays are relatively short compared to the 4 week average delay.

    As of this writing I still have not received the government's medical records that it used during our last conference, nor the transcripts. This may affect the briefing schedule if I do not receive them soon. The government is making it impossible for basic litigation by deliberately delaying my mail — and for the purported purpose of ensuring my INCOMING MAIL does not contain classified information from me — which is impossible. While my OUTGOING MAIL appears to warrant little review, usually delayed only 2 weeks on average.

Respectfully Submitted,
9/14/23
Josh Schulte

Josh Schulte #74471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

ATTN: 22-CV-766
Pro Se Intake Office
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

11201131832 0030

