Judge Eric R. Komitee
U.S. District Judge EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

RECEIVED IN PRO SE OFFICE
OCT 02 2023

Sept. 25, 2023

RE: Schulte v. Warden, MDC, 22-CV-766

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 02 2023 ★
BROOKLYN OFFICE

Dear Judge Komitee:

I write the Court to note for the record that as of today, September 25, 2023, I still have not received the government's production of BOP medical records or the transcripts from the two hearings.

I also write to notify the Court that my family has been able to scrape together enough funds to hire an attorney to assist me in writing the brief due 10/9/23. Even without the transcripts, BOP records, or my discovery requests for the video footage, I have a completed draft. I have a disability that greatly hinders my ability to write by hand, which forces me to anticipate and write voluminous pages spread out over time, which I've done over the past 18 months for this case — thus I've just been selecting the arguments I think necessary for the brief — which I intended to file today as the arguments are largely independent of the government's particular squabbles. Squabbles and I will not have sufficient time to read or incorporate the evidence in my brief due to the disability. However, the addition of a real attorney to assist me changes everything. As a result, I may need more time — particularly due to the limitations imposed by the government on my contact with attorneys and the 30 day average delay in receiving mail. A single correspondence from the attorney, to me, then back again could take over 2 months. After consulting with the attorney, I may ask the Court for an extension or to firstly address this single issue of access to the courts.

Respect
Josh
9/25/23

Josh Schultz #74471054
MDC
P.O. Box 329002
Brooklyn NY 11232

ATTN: 22-CV-766
Pro Se Intake Office
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

NEW YORK NY 100

11201-183299