Judge Eric R. Komitee
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Schulte v. Warden, MDC, 22-CV-766

Dear Judge Komitee:

I am filing the enclosed motion today, September 29, 2023. I never received the government's BOP records including weight findings nor did I receive any of the transcripts from the two hearings. While my outgoing mail has lately only been delayed on an average of 2 weeks, my incoming mail is delayed twice that amount — 4-6 weeks. Some of this delay is attributable to unit team laziness because I often receive bulk mail once every two weeks — indicating my incoming mail just sits on a desk for an additional 2 weeks after it is reviewed.

Also, I was never able to make contact with the attorney my family hired. He mailed a contract a month ago that I never received. Furthermore, since the MDC does not allow me legal calls, I could not make contact with my attorneys assigned to my criminal case nor to my family as my monthly call did not go through this past Wednesday.

I write the Court these things to make a record showing the literal impossibility of litigation while enslaved at MDC; they are obstructing my right of access to the courts and communications with my attorneys to deliberately impede this case and prevent you from hearing all the facts and optimal arguments. Adding the difficulty of researching the law on the limited law library computer times and my disability in writing by hand, it is all but impossible to engage in meaningful litigation.

Respectfully Submitted,
9/29/23 Josh Schulte

RECEIVED IN PRO SE OFFICE
OCT 10 2023