# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 899.701

WRITER'S DIRECT DIAL:
**(212) 277-5820**
**kstephan@blhny.com**

October 18, 2023

**VIA ECF**
The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re:  *Schulte v. Warden of MDC*, 22-CV-766 (EDNY)
     **Status of Representation**

Dear Judge Komitee:

  My name is Keegan Stephan and I am an attorney with Beldock Levine & Hoffman, LLP. I write in response to the Court's October 18, 2023 Order directing any counsel for Mr. Schulte to enter an appearance forthwith. (10/18/2023 Docket Order.)

  Mr. Schulte has retained me to represent him in this matter. I am having some trouble, however, effectuating that representation. I was originally contacted by Mr. Schulte's mother, who, in late October, told me that Mr. Schulte might like me to represent him in this case. On September 1, 2023, I reached out to the Assistant U.S. Attorneys ("AUSAs") handling Mr. Schulte's S.D.N.Y. case to ask what I needed to do in order to speak with Mr. Schulte about possibly representing him. The AUSAs informed me that they needed to modify the Special Administrative Measures ("SAMs") so that I could send Mr. Schulte a non-confidential letter about possible representation. Once I was told that the SAMs had been modified, I sent Mr. Schulte that letter on September 19, 2023.

  I just received a response from Mr. Schulte this Monday, October 16, 2023. Also on Monday, I told the S.D.N.Y. AUSAs that Mr. Schulte had retained me to represent him in this matter and asked what I needed to do in order to sign the SAMs and set up a legal call or visit with Mr. Schulte. I received, signed, and returned a copy of the SAMs today, and reached out to the Metropolitan Detention Center to set up a legal visit. I have also spoken with David Cooper, the

E.D.N.Y. AUSA representing Respondent in this case, who consented to me filing this letter.

      At this juncture, I believe it would be prudent for me to wait until I can have confidential communication with Mr. Schulte before entering an appearance and speaking on Mr. Schulte's behalf in this litigation. Without first having that communication, I am not confident that I can make decisions on how this case should proceed that will adequately represent Mr. Schulte's interests.

      As soon as I am able to have a legal visit with Mr. Schulte, I will do so. If appropriate, I will then enter an appearance in this case and begin representing Mr. Schulte in the litigation. If the Court would like any additional information that I can provide, I am happy to provide it. And if the Court believes that a different course of action on my part would be appropriate, I would be happy to discuss.

      I sincerely thank the Court for its attention to this matter and for the thorough attention and care that the Court has given to this case in general.

      Best regards,

      Keegan Stephan, Esq.
      *Associate*

cc: Joshua Schulte, No. 79471-054
    Brooklyn MDC
    P.O. Box 329002
    Brooklyn, NY 11232