# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 899.701

WRITER'S DIRECT DIAL:
**(212) 277-5820**
**kstephan@blhny.com**

November 17, 2023

**VIA ECF**

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Schulte v. Warden of MDC*, **22-CV-766 (E.D.N.Y.)**
             **Service of Petitioner's Supplemental Submission**

Dear Judge Komitee:

      My name is Keegan Stephan of Beldock Levine & Hoffman, LLP. We represent Petitioner Joshua Adam Schulte in the above-captioned matter. (*See* Dkt. 46.) On November 1, 2023, I requested leave to file a supplemental submission in support of Mr. Schulte's petition for a writ of habeas corpus. (Dkt. 47.) On November 3, 2023, the Court granted my request and ordered the submission to be submitted on or before today, November 17, 2023. (11/03/2023 Docket Order.)

      I write to inform the Court that I served the following documents on the Government today, November 17, 2023, via email to AUSA David Cooper, at David.Cooper4@usdoj.gov:

- A supplemental submission in support of Mr. Schulte's petition for a writ of habeas corpus;

- A declaration from myself, Keegan Stephan;

- An unsigned declaration from Joshua Adam Schulte, attached as Exhibit 1 to my

BELDOCK LEVINE & HOFFMAN LLP

own declaration;[1] and

- The latest version of the special administrative applicable to Mr. Schulte, attached as Exhibit 2 to my declaration.

I have refrained from filing the submission on the docket pursuant to Rule III(C)(2) of the Court's Individual Rules and Practices. I am aware that that rule may not be applicable to the present submission. However, in an abundance of caution, I wanted to give the Government a chance to review my submissions and inform me if they believe that any portion of my submissions should be redacted or filed under seal before I post them on the public docket.

AUSA David Cooper consented to this course of action on a telephone call earlier today. Of course, if the Court would like me to proceed in any other manner, I will do so.

I thank the Court for its attention to this matter.

Sincerely,

Keegan Stephan, Esq.
*Associate*

cc: David Cooper (via ECF)

---

[1] As explained in my declaration, I was unable to obtain a signature from Mr. Schulte because the MDC was on lockdown this afternoon, but I read the declaration to him over the phone, he verbally affirmed to that all of its contents are true and correct under penalty of perjury, and I will submit a signed copy as soon as I am able to obtain one.