```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :   STIPULATION
                                      :
         - v. -                       :   S3 17 Cr. 548 (JMF)
                                      :
JOSHUA ADAM SCHULTE,                  :
                                      :
              Defendant.              :
                                      :
- - - - - - - - - - - - - - - - - - - x
```

IT IS HEREBY STIPULATED AND AGREED by and among the United States of America, by DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, David W. Denton, Jr. and Michael D. Lockard, Assistant United States Attorneys, of counsel, and Joshua Adam Schulte, the defendant, that:

1. As a result of the defendant's employment at the Central Intelligence Agency, he was privy to and remains aware of sensitive national defense information beyond what he is charged with disclosing or attempting to disclose in this case, the disclosure of which would be extremely damaging to national security.



GOVERNMENT
EXHIBIT
3010
S3 17 Cr. 548 (JMF)

IT IS FURTHER STIPULATED AND AGREED that this Stipulation, as Government Exhibit 3010, may be received in evidence as a Government Exhibit at trial.

Dated:  New York, New York
        June 16, 2022

                        DAMIAN WILLIAMS
                        United States Attorney for the
                        Southern District of New York

                    By: _____
                        David W. Denton, Jr.
                        Michael D. Lockard
                        Assistant United States Attorneys
                        Southern District of New York

                        _____
                        JOSHUA ADAM SCHULTE