

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 30, 2024

**By ECF**
Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Joshua Schulte v. Warden of Metro. Detention Ctr.*,
Civ. No. 22-cv-766 (Komitee, J.)

Dear Judge Komitee:

This Office represents Respondent Warden of the Metropolitan Detention Center ("the Government") in the above-referenced action in which Petitioner Joshua Adam Schulte, who is currently incarcerated at MDC, has filed a habeas corpus petition ("Petition") pursuant to 28 U.S.C. § 2241. ECF No. 1. On December 8, 2023, Respondent filed a motion requesting that the Court permit filing of the parties' respective submissions, as well as certain portions of declarations submitted by the Government. *See* ECF No. 50. The Government also requested in that same motion that the Court grant leave to file relevant excerpts of Petitioner's certified medical records under seal, particularly with respect to Petitioner's weight. *See* ECF No. 50.

Upon further evaluation, the Government does not believe that the requested redactions are necessary. Accordingly, the Government respectfully withdraws its motion as to the request to file redacted documents. At this time, the Government is not requesting withdrawal of its motion with respect to excerpts of Petitioner's certified medical records.

The Government thanks the Court for its consideration of this matter.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ *David A. Cooper*
DAVID A. COOPER
Assistant U.S. Attorney
(718) 254-6228
david.cooper4@usdoj.gov

cc: **By ECF**
Keegan Stephan (*Counsel for Petitioner*)