UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In Re: Joshua Adam Schulte Metropolitan
Detention Center Litigation

JUDGMENT
22-CV-766(EK),
22-CV-5841(EK)(RML),
23-CV-4855(EK),
23-CV-5988(EK),
23-CV-5241(EK)(RML),
23-CV-5656(EK)(RML),
23-CV-8513(EK)(RML),
24-CV-00332(EK)(RML)

-----------------------------------------------------------------X

A Memorandum and Order of the Honorable Eric Komitee, United States District Judge, having been filed on September 4, 2024, denying Schulte's petitions for writs of habeas corpus; dismissing all other claims in the above-captioned cases under 28 U.S.C. § 1915(e)(2)(B); it is

ORDERED and ADJUDGED that Schulte's petitions for writs of habeas corpus are denied; and that all other claims in the above-captioned cases are dismissed under 28 U.S.C. § 1915(e)(2)(B).

Dated: Brooklyn, New York
       September 6, 2024

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk