MANDATE

E.D.N.Y. – Bklyn.
22-cv-766
22-cv-5841
23-cv-4855
23-cv-5241
23-cv-5656
23-cv-5988
23-cv-8513
24-cv-332
Komitee, J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand twenty-five.

Present:
> Eunice C. Lee,
> Beth Robinson,
> Myrna Pérez,
> > *Circuit Judges*.

---

Joshua Adam Schulte,

> *Petitioner-Appellant*,

v.

Warden Metropolitan Detention Center, (MDC),

> *Respondent-Appellee*,

David William Denton, Jr., Assistant U.S. Attorney, et al.,

> *Defendants-Appellees*,

Unknown Defendants,

> *Defendants*.

25-740 (L), 25-742 (Con),
25-745 (Con), 25-748 (Con),
25-751 (Con), 25-752 (Con),
25-757 (Con), 25-758 (Con)

---

Appellant, proceeding *pro se*, moves for summary reversal. Upon due consideration, it is hereby ORDERED that the motion is DENIED. In addition, with the exception of Appellant's appeal in

MANDATE ISSUED ON 09/11/2025

No. 25-752, all remaining appeals are DISMISSED because they "lack[] an arguable basis either in law or in fact."  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e)(2).

Appellant is directed to file a scheduling notification pursuant to Local Rule 31.2 within 30 days of the date of this order for appeal No. 25-752 only.

In addition to these eight appeals, Appellant has filed a number of other frivolous matters in this Court, including the appeals docketed under 21-2702, 21-2877, and 21-3124.  Accordingly, Appellant is hereby warned that the continued filing of duplicative, vexatious, or clearly meritless appeals, motions, petitions, or other papers could result in the imposition of a sanction that would require Appellant to obtain permission from this Court prior to filing any further submissions in this Court (a "leave-to-file" sanction).  *See In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993); *Sassower v. Sansverie*, 885 F.2d 9, 11 (2d Cir. 1989) (per curiam).

FOR THE COURT:<br>
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit